# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT "SONNY" WOOD, et al.,

    Plaintiffs,

vs.

NAUTILUS INSURANCE GROUP,

    Defendant.

Case No. 2:17-cv-02393-MMD-CWH

**ORDER**

Presently before the court is the parties' joint status report (ECF No. 28), filed on October 13, 2017. Given that the parties' request that the court stay the deadline for their Rule 26(f) conference until the court rules on the pending motions to dismiss and to remand, the court construes the joint status report as a stipulation to stay discovery. Having reviewed and considered the parties' request, and good cause appearing,

IT IS ORDERED that discovery is STAYED pending the court's rulings on the motions to dismiss and to remand (ECF Nos. 7, 18).

IT IS FURTHER ORDERED that if the court denies the motions to dismiss and to remand, the parties must meet and confer and file a proposed discovery plan and scheduling order within 21 days of the date of the court's order.

DATED: October 17, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**