ERIC S. POWERS
NEVADA BAR NO. 12850
SELMAN BREITMAN LLP
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-0961
Telephone:    702.228.7717
Facsimile:    702.228.8824
Email:    epowers@selmanlaw.com

LINDA WENDELL HSU (*pro hac vice*)
CALIFORNIA BAR NO. 162971
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105
Telephone:    415.979.0400
Facsimile:    415.979.2099
Email:    lhsu@selmanlaw.com
    jwahlgren@selmanlaw.com

Attorneys for Defendant
NAUTILUS INSURANCE COMPANY
(erroneously sued as Nautilus Insurance Group)

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT "SONNY" WOOD, an individual; ACCESS MEDICAL, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>NAUTILUS INSURANCE GROUP, a Delaware limited liability company, et al.,<br><br>Defendant. | Case No.   2:17-CV-02393-MMD-CWH<br><br>MOTION AND [PROPOSED] ORDER TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST |

TO THE COURT, CM/ECF, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant NAUTILUS INSURANCE COMPANY hereby files this Motion to Remove Attorney Jennifer N. Wahlgren from the Electronic Service List.

Jennifer N. Wahlgren at jwahlgren@selmanlaw.com is no longer with the office of Selman

1

Breitman LLP and should be removed from the Electronic Service List.

Eric S. Powers at epowers@selmanlaw.com and Linda Wendell Hsu at lhsu@selmanlaw.com remain counsel of record and should continue to receive notification via the Electronic Service List.

DATED: March 1, 2018    SELMAN BREITMAN LLP

By:   /s/ Eric S. Powers
     ERIC S. POWERS
     NEVADA BAR NO. 12850
     LINDA WENDELL HSU (pro hac vice)
     CALIFORNIA BAR NO. 162971
     3993 Howard Hughes Parkway, Suite 200
     Las Vegas, NV 89169-0961
     Phone: 415.979.2024
     Facsimile: 702.228.8824

Attorneys for Defendant
NAUTILUS INSURANCE COMPANY
(erroneously sued as Nautilus Insurance Group)

**IT IS SO ORDERED:**

Dated: March 2, 2018

_____
UNITED STATES MAGISTRATE JUDGE

2

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of SELMAN BREITMAN LLP and, pursuant to Local Rule 5.1, service of the foregoing **MOTION AND [PROPOSED] ORDER TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST**, was served on this 1st day of March, 2018 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list, as follows:

| | |
|---|---|
| L. Renee Green<br>Martin Kravitz<br>KRAVITZ, SCHNITZER & JOHNSON<br>8985 S. Eastern Ave., Ste. 200<br>Las Vegas, NV 89123<br>Phone: (702) 362-6666<br>Facsimile: (702) 362-2203<br>Email: rgreen@ksjattorneys.com<br>         mkravitz@ksjattorneys.com<br><br>Attorneys for Plaintiffs ACCESS MEDICAL, LLC and ROBERT CLARK WOOD, II | Jordan P. Schnitzer<br>THE SCHNITZER LAW FIRM<br>9205 W. Russell Road, Suite 240<br>Las Vegas, NV 89148<br>Phone: (702) 960-4050<br>Facsimile: (702) 960-4092<br>Email: Jordan@theschnitzerlawfirm.com<br><br>Attorneys for Plaintiffs ACCESS MEDICAL, LLC and ROBERT CLARK WOOD, II |

/s/ Pamela Smith
PAMELA SMITH
An Employee of Selman Breitman LLP

3

383346.1 3892.42806