1  MARTIN J. KRAVITZ, ESQ.
   Nevada Bar No. 83
2  L. RENEE GREEN, ESQ.
   Nevada Bar No. 12755
3  KRAVITZ, SCHNITZER & JOHNSON, CHTD.
4  8985 So. Eastern Avenue, Suite 200
   Las Vegas, Nevada 89123
5  Telephone:  (702) 362-6666
   Facsimile:   (702) 362-2203
6  mkravitz@ksjattorneys.com
7  rgreen@ksjattorneys.com

8  JORDAN P. SCHNITZER, ESQ.
   Nevada Bar No. 10744
9  THE SCHNITZER LAW FIRM
   9205 W. Russell Road, Suite 240
10 Las Vegas, Nevada 89148
11 Telephone: (702) 960-4050
   Facsimile: (702) 960-4092
12 Jordan@TheSchnitzerLawFirm.com

13 *Attorney for Plaintiffs,*
   ROBERT "SONNY" WOOD and ACCESS MEDICAL, LLC
14

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT "SONNY" WOOD, an individual; ACCESS MEDICAL, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br>vs.<br><br>NAUTILUS INSURANCE COMPANY, an Arizona corporation; and DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-02393-MMD-CWH |

**STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME FOR ACCESS MEDICAL, LLC AND ROBERT WOOD, II TO RESPOND TO NAUTILUS INSURANCE COMPANY'S MOTION TO DISMISS AND MOTION TO STRIKE AND FOR NAUTILUS INSURANCE COMPANY TO REPLY TO THE ACCESS MEDICAL, LLC AND ROBERT WOOD, II'S OPPOSITIONS TO NAUTILUS INSURANCE COMPANY'S MOTION TO DISMISS AND MOTION TO STRIKE**
**(FIRST REQUEST)**

The parties hereto, by and through their undersigned counsel, herewith stipulate for an extension of deadlines associated with Defendant Nautilus Insurance Company's ("Nautilus's") Notice of Motion and Motion to Strike Allegations in Plaintiffs' Second Amended Complaint and Defendant Nautilus's Motion to Dismiss Plaintiffs Robert "Sonny" Wood and Access Medical, LLC's Second Amended Complaint (collectively "Motions"), which were both filed on October 25, 2018. This is the first stipulation for extension of time. The date that Mr. Wood and Access Medical, LLC's Oppositions to the Motions ("Oppositions") are due is currently November 8, 2018. Based on the Insureds filing the Oppositions on date of the current deadline, Nautilus's Replies to the Insureds' Oppositions ("Replies") would be due on November 15, 2018.

The parties seek to extend the time for filing the Oppositions and Replies in order to allow the parties an opportunity to meet and confer on the subject Motions and engage in further meet and confer efforts regarding the parameters of the disclosure of documents during discovery. Moreover, allowing additional time for the parties to file the applicable Oppositions and Replies allows the parties the opportunity to fully address all of the legal issues presented.

In light of Defendant Nautilus's Motions, which were filed and served on October 25, 2018, the parties agree to stipulate to continue the following deadlines:

1. The due date for Robert "Sonny" Wood ("Wood") and Access Medical, LLC ("Access") Oppositions to the Nautilus's Motion to Strike and Nautilus's Motion to Dismiss is continued from November 8, 2018 to November 28, 2018.

2. The due date to Nautilus's Replies to Wood and Access's Oppositions to Nautilus's Motion to Strike and Nautilus's Motion to Dismiss is December 19, 2018, twenty-one days after the due date for the Insureds' Oppositions.

**IT IS SO STIPULATED.**

///

///

| | |
|---|---|
| Dated this 31st day of October, 2018. | Dated this 31st day of October, 2018. |
| /s/ *L. Renee Green, Esq.* | /s/ *Linda Wendell Hsu, Esq.* |

Dated this 31st day of October, 2018.

/s/ *L. Renee Green, Esq.*
MARTIN J. KRAVITZ, ESQ.
Nevada Bar No. 83
L. RENEE GREEN, ESQ.
Nevada Bar No. 12755
KRAVITZ, SCHNITZER AND JOHNSON, CHTD.
8985 So. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

JORDAN P. SCHNITZER, ESQ.
Nevada Bar No. 10744
THE SCHNITZER LAW FIRM
9205 W. Russell Road, Suite 240
Las Vegas, Nevada 89148
Telephone: (702) 960-4050
Facsimile: (702) 960-4092
Jordan@TheSchnitzerLawFirm.com

Attorneys for Plaintiffs
ROBERT "SONNY" WOOD and ACCESS MEDICAL, LLC

Dated this 31st day of October, 2018.

/s/ *Linda Wendell Hsu, Esq.*
LINDA WENDELL HSU, ESQ.
California Bar No. 162971(pro hac vice)
ERIC S. POWERS, ESQ.
Nevada Bar No.
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105

Attorneys for Defendant
NAUTILUS INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED.

Dated this 31st day of October, 2018.

_____
**UNITED STATES DISTRICT COURT JUDGE**