ERIC S. POWERS
NEVADA BAR NO. 12850
SELMAN BREITMAN LLP
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-0961
Telephone:    702.430.5902
Facsimile:    702.228.8824
Email:        epowers@selmanlaw.com

LINDA WENDELL HSU (*Pro Hac Vice*)
CALIFORNIA BAR NO. 162971
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105
Telephone:    415.979.0400
Facsimile:    415.979.2099
Email:        lhsu@selmanlaw.com

Attorneys for Defendant
NAUTILUS INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT "SONNY" WOOD, an individual; ACCESS MEDICAL, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>NAUTILUS INSURANCE GROUP, a Delaware limited liability company, et al.,<br><br>Defendant. | Case No. 2:17-CV-02393-MMD-CWH<br><br>STIPULATION AND ORDER EXTENDING DEADLINE FOR NAUTILUS INSURANCE COMPANY TO FILE REPLY TO IN SUPPORT OF ITS MOTION TO DISMISS AND MOTION TO STRIKE |

COMES NOW, defendant Nautilus Insurance Group ("Nautilus"), by and through their counsel, Selman Breitman LLP, and plaintiffs Robert "Sonny" Wood and Access Medical, LLC ("Insureds"), by and through their counsel Kravitz, Schnitzer & Johnson, CHTD hereby submit the following stipulation and order extending the deadline for Nautilus to file its Reply in Support of its Motion to Strike [ECF 77] and Motion to Dismiss [ECF 80] (the "Motions") the Insureds' Second Amended Complaint [ECF 73].

1

In light of the Insureds Responses filed on November 28, 2018, the parties agree to stipulate to continue the deadline for Nautilus' Replies to the Insureds Responses to the Motions will be due Thursday January 3, 2019.

IT IS SO STIPULATED.

DATED: December 21, 2018      SELMAN BREITMAN LLP

By:    /s/ Eric S. Powers
       ERIC S. POWERS
       NEVADA BAR NO. 12850
       LINDA WENDELL HSU (Pro Hac Vice)
       CALIFORNIA BAR NO. 162971
       3993 Howard Hughes Parkway, Suite 200
       Las Vegas, NV 89169-0961
       Phone: 702.430.5902
       Facsimile: 702.228.8824
       Attorneys for Defendant
       NAUTILUS INSURANCE COMPANY

DATED: December 21, 2018      KRAVITZ, SCHNITZER & JOHNSON, CHTD

By:    /s/ L. Renee Green
       MARTIN J. KRAVITZ
       NEVADA BAR NO. 83
       L. RENEE GREEN
       NEVADA BAR NO. 12755
       8985 S. Eastern Avenue, Suite 200
       Las Vegas, NV 89123
       Phone: 702.362.6666
       Facsimile: 702.362.2203
       Attorneys for Plaintiffs
       ROBERT "SONNY" WOOD and ACCESS MEDICAL, LLC

THE SCHNITZER LAW FIRM

JORDAN P. SCHNITZER
NEVADA BAR NO. 10744
9205 W. Russell Road, Suite 240
Las Vegas, NV 89148
Phone: 702.960.4050
Facsimile: 702.960.4092
Attorneys for Plaintiffs
ROBERT "SONNY" WOOD and ACCESS MEDICAL, LLC

## ORDER

**IT IS SO ORDERED.**

Dated this  2nd  day of  January, 2019 , ~~2018.~~

_____
**UNITED STATES ~~MAGISTRATE~~ JUDGE**

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of SELMAN BREITMAN LLP and, pursuant to Local Rule 5.1, service of the foregoing **STIPULATION AND ORDER EXTENDING DEADLINE FOR NAUTILUS INSURANCE COMPANY TO FILE REPLY TO ITS MOTION TO DISMISS AND MOTION TO STRIKE** on this 21st day of December, 2018 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list, as follows:

| | |
|---|---|
| Martin Kravitz<br>L. Renee Green<br>KRAVITZ, SCHNITZER & JOHNSON<br>8985 S. Eastern Ave., Ste. 200<br>Las Vegas, NV  89123<br>Phone: (702) 362-6666<br>Facsimile: (702) 362-2203<br>Email: mkravitz@ksjattorneys.com<br>           rgreen@ksjattorneys.com<br><br>Attorneys for Plaintiffs ROBERT SONNY WOOD AND ACCESS MEDICAL, LLC | Jordan P. Schnitzer<br>THE SCHNITZER LAW FIRM<br>9205 W. Russell Road, Suite 240<br>Las Vegas, NV  89148<br>Phone: (702) 960-4050<br>Facsimile: (702) 960-4092<br>Email: Jordan@theschnitzerlawfirm.com<br><br>Attorneys for Plaintiffs ROBERT SONNY WOOD AND ACCESS MEDICAL, LLC |

/s/ Pamela Smith
PAMELA SMITH
An Employee of Selman Breitman LLP

4

398309.1 3892.42806