ERIC S. POWERS
NEVADA BAR NO. 12850
SELMAN BREITMAN LLP
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-0961
Telephone:    702.430.5902
Facsimile:    702.228.8824
Email:        epowers@selmanlaw.com

LINDA WENDELL HSU (*Pro Hac Vice*)
CALIFORNIA BAR NO. 162971
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105
Telephone:    415.979.0400
Facsimile:    415.979.2099
Email:        lhsu@selmanlaw.com

Attorneys for Defendant
NAUTILUS INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT "SONNY" WOOD, an individual; ACCESS MEDICAL, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>NAUTILUS INSURANCE GROUP, a Delaware limited liability company, et al.,<br><br>Defendant. | Case No.  2:17-CV-02393-MMD-CWH<br><br>STIPULATION AND ORDER EXTENDING DEADLINE FOR NAUTILUS INSURANCE COMPANY TO FILE REPLY IN SUPPORT OF ITS MOTION TO DISMISS AND MOTION TO STRIKE |

COMES NOW, defendant Nautilus Insurance Group ("Nautilus"), by and through their counsel, Selman Breitman LLP, and plaintiffs Robert "Sonny" Wood and Access Medical, LLC ("Insureds"), by and through their counsel Kravitz, Schnitzer & Johnson, CHTD hereby submit the following stipulation and order extending the deadline for Nautilus to file its Reply in Support of its Motion to Strike [ECF 77] and Motion to Dismiss [ECF 80] (the "Motions") the Insureds' Second Amended Complaint [ECF 73].

1

In light of the Insureds Responses filed on November 28, 2018, the parties agreed to stipulate to continue the deadline for Nautilus' Replies to the Insureds Responses to the Motions will be due Thursday, January 3, 2019 [ECF 88].

In light of the holidays, the parties agreed to stipulate to continue the deadline for Nautilus' Replies to the Insureds Responses to the Motions will be due on Friday, January 4, 2019.

IT IS SO STIPULATED.

DATED: January 3, 2019     SELMAN BREITMAN LLP


By:   /s/ Eric S. Powers
      ERIC S. POWERS
      NEVADA BAR NO. 12850
      LINDA WENDELL HSU (Pro Hac Vice)
      CALIFORNIA BAR NO. 162971
      3993 Howard Hughes Parkway, Suite 200
      Las Vegas, NV 89169-0961
      Phone: 702.430.5902
      Facsimile: 702.228.8824
      Attorneys for Defendant
      NAUTILUS INSURANCE COMPANY

DATED: January 3, 2019     KRAVITZ, SCHNITZER & JOHNSON, CHTD


By:   /s/ L. Renee Green
      MARTIN J. KRAVITZ
      NEVADA BAR NO. 83
      L. RENEE GREEN
      NEVADA BAR NO. 12755
      8985 S. Eastern Avenue, Suite 200
      Las Vegas, NV 89123
      Phone: 702.362.6666
      Facsimile: 702.362.2203
      Attorneys for Plaintiffs
      ROBERT "SONNY" WOOD and ACCESS MEDICAL, LLC

THE SCHNITZER LAW FIRM

JORDAN P. SCHNITZER
NEVADA BAR NO. 10744
9205 W. Russell Road, Suite 240
Las Vegas, NV 89148
Phone: 702.960.4050
Facsimile: 702.960.4092
Attorneys for Plaintiffs
ROBERT "SONNY" WOOD and ACCESS MEDICAL, LLC

## ORDER

**IT IS SO ORDERED.**

Dated this 3rd day of January, 2019.

_____
**UNITED STATES JUDGE**

3

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of SELMAN BREITMAN LLP and, pursuant to Local Rule 5.1, service of the foregoing **STIPULATION AND ORDER EXTENDING DEADLINE FOR NAUTILUS INSURANCE COMPANY TO FILE REPLY TO ITS MOTION TO DISMISS AND MOTION TO STRIKE** on this 3rd day of January, 2019 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list, as follows:

Martin Kravitz
L. Renee Green
KRAVITZ, SCHNITZER & JOHNSON
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV  89123
Phone: (702) 362-6666
Facsimile: (702) 362-2203
Email: mkravitz@ksjattorneys.com
       rgreen@ksjattorneys.com

Attorneys for Plaintiffs ROBERT SONNY WOOD AND ACCESS MEDICAL, LLC

Jordan P. Schnitzer
THE SCHNITZER LAW FIRM
9205 W. Russell Road, Suite 240
Las Vegas, NV  89148
Phone: (702) 960-4050
Facsimile: (702) 960-4092
Email: Jordan@theschnitzerlawfirm.com

Attorneys for Plaintiffs ROBERT SONNY WOOD AND ACCESS MEDICAL, LLC

/s/ Pamela Smith
PAMELA SMITH
An Employee of Selman Breitman LLP

4