ERIC S. POWERS
NEVADA BAR NO. 12850
SELMAN BREITMAN LLP
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-0961
Telephone:    702.228.7717
Facsimile:    702.228.8824
Email:        epowers@selmanlaw.com

LINDA WENDELL HSU (*Pro Hac Vice*)
CALIFORNIA BAR NO. 162971
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105
Telephone:    415.979.0400
Facsimile:    415.979.2099
Email:        lhsu@selmanlaw.com

Attorneys for Defendant
NAUTILUS INSURANCE COMPANY
(erroneously sued as Nautilus Insurance Group)

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT "SONNY" WOOD, an individual; ACCESS MEDICAL, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>NAUTILUS INSURANCE GROUP, a Delaware limited liability company, et al.,<br><br>Defendant. | Case No.  2:17-CV-02393-MMD-CWH<br><br>STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE ON PLAINTIFF ROBERT "SONNY" WOOD AND ACCESS MEDICAL, LLC'S MOTION TO COMPEL |

Plaintiffs Access Medical, LLC and Robert "Sonny" Wood, II, (collectively the "Insureds"), by and through their counsel KRAVITZ, SCHNITZER & JOHNSON, CHTD. and THE SCHNITZER LAW FIRM, and Defendant Nautilus Insurance Company ("Nautilus"), by and through its counsel at SELMAN BREITMAN LLP hereby stipulate and agree to continue the briefing schedule/deadlines on Access Medical, LLC and Robert "Sonny" Wood, II's Motion to Compel filed February 15, 2019 [Doc. 97] ("Motion to Compel"). The parties stipulate to the

1

following briefing schedule:

- Nautilus' Response to Motion to Compel shall be due on or before March 15, 2019.
- The Insureds' Reply Brief shall be due on or before April 5, 2019.

DATED: March 1, 2019     SELMAN BREITMAN LLP

By:     /s/ *Eric S. Powers*
        ERIC S. POWERS
        NEVADA BAR NO. 12850
        3993 Howard Hughes Parkway, Suite 200
        Las Vegas, NV 89169-0961
        Phone: 415.979.2024
        Facsimile: 702.228.8824
        Attorneys for Defendant
        NAUTILUS INSURANCE COMPANY
        (erroneously sued as Nautilus Insurance Group)

DATED: March 1, 2019     KRAVITZ, SCHNITZER & JOHNSON, CHTD

By:     /s/ *L. Renee Green*
        MARTIN J. KRAVITZ
        NEVADA BAR NO. 83
        L. RENEE GREEN
        NEVADA BAR NO. 12755
        8985 S. Eastern Avenue, Suite 200
        Las Vegas, NV 89123
        Phone: 702.362.6666
        Facsimile: 702.362.2203
        Attorneys for Plaintiffs
        ROBERT "SONNY" WOOD and ACCESS
        MEDICAL, LLC

2

Selman Breitman LLP
ATTORNEYS AT LAW

401249.1 3892.35805

THE SCHNITZER LAW FIRM

JORDAN P. SCHNITZER
NEVADA BAR NO. 10744
9205 W. Russell Road, Suite 240
Las Vegas, NV 89148
Phone: 702.960.4050
Facsimile: 702.960.4092
Attorneys for Plaintiffs
ROBERT "SONNY" WOOD and ACCESS MEDICAL, LLC

IT IS SO ORDERED.

DATED: Mar 06, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

3

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of SELMAN BREITMAN LLP and, pursuant to Local Rule 5.1, service of the foregoing **STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE ON PLAINTIFF ROBERT "SONNY" WOOD AND ACCESS MEDICAL, LLC'S MOTION TO COMPEL** on this 1st day of March, 2019 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list, as follows:

| | |
|---|---|
| Martin Kravitz<br>L. Renee Green<br>KRAVITZ, SCHNITZER & JOHNSON<br>8985 S. Eastern Ave., Ste. 200<br>Las Vegas, NV 89123<br>Phone: (702) 362-6666<br>Facsimile: (702) 362-2203<br>Email: mkravitz@ksjattorneys.com<br>    rgreen@ksjattorneys.com<br><br>Attorneys for Plaintiffs ROBERT SONNY WOOD AND ACCESS MEDICAL, LLC | Jordan P. Schnitzer<br>THE SCHNITZER LAW FIRM<br>9205 W. Russell Road, Suite 240<br>Las Vegas, NV 89148<br>Phone: (702) 960-4050<br>Facsimile: (702) 960-4092<br>Email: Jordan@theschnitzerlawfirm.com<br><br>Attorneys for Plaintiffs ROBERT SONNY WOOD AND ACCESS MEDICAL, LLC |

/s/ Pamela Smith
PAMELA SMITH
An Employee of Selman Breitman LLP

401249.1 3892.35805