1  ERIC S. POWERS
   NEVADA BAR NO. 12850
2  SELMAN BREITMAN LLP
   3993 Howard Hughes Parkway, Suite 200
3  Las Vegas, NV 89169-0961
   Telephone:    702.228.7717
4  Facsimile:    702.228.8824
   Email:    epowers@selmanlaw.com
5
   LINDA WENDELL HSU (*Pro Hac Vice*)
6  CALIFORNIA BAR NO. 162971
   SELMAN BREITMAN LLP
7  33 New Montgomery, Sixth Floor
   San Francisco, CA 94105
8  Telephone:    415.979.0400
   Facsimile:    415.979.2099
9  Email:    lhsu@selmanlaw.com

10  Attorneys for Defendant
    NAUTILUS INSURANCE COMPANY
11  (erroneously sued as Nautilus Insurance Group)

12
                    UNITED STATES DISTRICT COURT
13
                        DISTRICT OF NEVADA
14

15  ROBERT "SONNY" WOOD, an individual;        Case No.   2:17-CV-02393-MMD-CWH
    ACCESS MEDICAL, LLC, a Delaware limited
16  liability company,
                                               STIPULATION AND ORDER EXTENDING
17              Plaintiffs,                     THE DEADLINE FOR NAUTILUS TO
                                               ANSWER ACCESS MEDICAL AND
18       v.                                    ROBERT "SONNY" WOOD'S SECOND
                                               AMENDED COMPLAINT
19  NAUTILUS INSURANCE GROUP, a
    Delaware limited liability company, et al.,
20
                Defendant.
21

22

23       Plaintiffs Access Medical, LLC and Robert "Sonny" Wood, II, (collectively the

24  "Insureds"), by and through their counsel KRAVITZ, SCHNITZER & JOHNSON, CHTD. and

25  THE SCHNITZER LAW FIRM, and Defendant Nautilus Insurance Company ("Nautilus"), by and

26  through its counsel at SELMAN BREITMAN LLP hereby stipulate and agree that the deadline for

27  Nautilus to Answer the Insureds' Second Amended Complaint currently on file herein shall be

28  May 27, 2019.

                                        1

404099.1 3892.35805

1    DATED: May 13, 2019              SELMAN BREITMAN LLP

2

3                                     By:    /s/ *Eric S. Powers*
                                            ERIC S. POWERS
4                                           NEVADA BAR NO. 12850
                                            3993 Howard Hughes Parkway, Suite 200
5                                           Las Vegas, NV 89169-0961
                                            Phone: 415.979.2024
6                                           Facsimile: 702.228.8824
                                            Attorneys for Defendant
7                                           NAUTILUS INSURANCE COMPANY
                                            (erroneously sued as Nautilus Insurance Group)
8

      DATED: May 13, 2019              KRAVITZ, SCHNITZER & JOHNSON, CHTD
9

10

11                                     By:    /s/ *L. Renee Green*
                                            MARTIN J. KRAVITZ
12                                          NEVADA BAR NO. 83
                                            L. RENEE GREEN
13                                          NEVADA BAR NO. 12755
                                            8985 S. Eastern Avenue, Suite 200
14                                          Las Vegas, NV 89123
                                            Phone: 702.362.6666
15                                          Facsimile: 702.362.2203
                                            Attorneys for Plaintiffs
16                                          ROBERT "SONNY" WOOD and ACCESS
                                            MEDICAL, LLC
17

18                                     THE SCHNITZER LAW FIRM

19

20    IT IS SO ORDERED.                      JORDAN P. SCHNITZER
                                            NEVADA BAR NO. 10744
21    DATED: **May 17, 2019**                9205 W. Russell Road, Suite 240
                                            Las Vegas, NV 89148
22                                          Phone: 702.960.4050
                                            Facsimile: 702.960.4092
23                                          Attorneys for Plaintiffs
                                            ROBERT "SONNY" WOOD and ACCESS
24    C.W. HOFFMAN, JR.                      MEDICAL, LLC
      UNITED STATES MAGISTRATE JUDGE
25

26

27

28    ///

Selman Breitman LLP
ATTORNEYS AT LAW

**ORDER**

IT IS SO ORDERED.

Dated this ___ day of May, 2019

_____
**UNITED STATES MAGISTRATE JUDGE**

Selman Breitman LLP
ATTORNEYS AT LAW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

404099.1 3892.35805

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of SELMAN BREITMAN LLP and, pursuant to Local Rule 5.1, service of the foregoing **STIPULATION AND ORDER EXTENDING THE DEADLINE FOR NAUTILUS TO ANSWER ACCESS MEDICAL AND ROBERT "SONNY" WOOD'S SECOND AMENDED COMPLAINT o**n this 13th day of May, 2019 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list, as follows:

| | |
|---|---|
| Martin Kravitz | Jordan P. Schnitzer |
| L. Renee Green | THE SCHNITZER LAW FIRM |
| KRAVITZ, SCHNITZER & JOHNSON | 9205 W. Russell Road, Suite 240 |
| 8985 S. Eastern Ave., Ste. 200 | Las Vegas, NV 89148 |
| Las Vegas, NV 89123 | Phone: (702) 960-4050 |
| Phone: (702) 362-6666 | Facsimile: (702) 960-4092 |
| Facsimile: (702) 362-2203 | Email: Jordan@theschnitzerlawfirm.com |
| Email: mkravitz@ksjattorneys.com | |
| rgreen@ksjattorneys.com | |
| | Attorneys for Plaintiffs ROBERT SONNY |
| Attorneys for Plaintiffs ROBERT SONNY | WOOD AND ACCESS MEDICAL, LLC |
| WOOD AND ACCESS MEDICAL, LLC | |

/s/ Pamela Smith
PAMELA SMITH
An Employee of Selman Breitman LLP

Selman Breitman LLP
ATTORNEYS AT LAW

4

404099.1 3892.35805