ERIC S. POWERS
NEVADA BAR NO. 12850
SELMAN BREITMAN LLP
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-0961
Telephone:   702.228.7717
Facsimile:    702.228.8824
Email:         epowers@selmanlaw.com

LINDA WENDELL HSU (*Pro Hac Vice*)
CALIFORNIA BAR NO. 162971
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105
Telephone:   415.979.0400
Facsimile:    415.979.2099
Email:         lhsu@selmanlaw.com

Attorneys for Defendant
NAUTILUS INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT "SONNY" WOOD, an individual; ACCESS MEDICAL, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>NAUTILUS INSURANCE COMPANY, an Arizona corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.   2:17-CV-02393-MMD-CWH<br><br>**ORDER RE:**<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE FOR NAUTILUS TO RESPOND TO PLAINTIFF'S OBJECTION TO MAGISTRATE CARL W. HOFFMAN'S ORDER GRANTING AND DENYING THE INSUREDS' MOTION TO COMPEL**<br><br>**FIRST REQUEST** |

Pursuant to LR IA 6-1(a) and (c), Plaintiffs Access Medical, LLC and Robert "Sonny" Wood, II, (collectively the "Insureds"), by and through their counsel KRAVITZ, SCHNITZER & JOHNSON, CHTD. and THE SCHNITZER LAW FIRM, and Defendant Nautilus Insurance Company ("Nautilus"), by and through its counsel at SELMAN BREITMAN LLP hereby stipulate, agree, and respectfully request that the deadline for Nautilus to Respond to the Insureds' Objection to Magistrate Carl W. Hoffman's Order Granting and Denying the Insureds' Motion to

1

Compel filed on May 23, 2019 [Document 119] (hereinafter "Objection") shall be extended to June 14, 2019.

Nautilus's counsel seeks such extension because its counsel was out of town throughout a majority of the time period prior to the original deadline. Additionally, Nautilus's counsel was also involved in a jury trial in an unrelated matter during the duration of the time period prior to the original deadline. This is the parties first request for an extension of time for Nautilus to file a response to the Objection. Excusable neglect exists because the parties previously agreed to the aforementioned extension prior to expiration of the Response deadline and submitted a stipulation regarding the same prior to the instant amended stipulation. The parties enter into this stipulation in good faith, and without the purpose of delay or dilatory motive.

DATED: June 13, 2019  SELMAN BREITMAN LLP

By: /s/ *Eric S. Powers*
ERIC S. POWERS
NEVADA BAR NO. 12850
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-0961
Phone: 415.979.2024
Facsimile: 702.228.8824
Attorneys for Defendant
NAUTILUS INSURANCE COMPANY

DATED: June 13, 2019  KRAVITZ, SCHNITZER & JOHNSON, CHTD

By: /s/ *L. Renee Green*
MARTIN J. KRAVITZ
NEVADA BAR NO. 83
L. RENEE GREEN
NEVADA BAR NO. 12755
8985 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
Phone: 702.362.6666
Facsimile: 702.362.2203
Attorneys for Plaintiffs
ROBERT "SONNY" WOOD and ACCESS MEDICAL, LLC

2

DATED: June 13, 2019 THE SCHNITZER LAW FIRM

JORDAN P. SCHNITZER
NEVADA BAR NO. 10744
9205 W. Russell Road, Suite 240
Las Vegas, NV 89148
Phone: 702.960.4050
Facsimile: 702.960.4092
Attorneys for Plaintiffs
ROBERT "SONNY" WOOD and ACCESS MEDICAL, LLC

**ORDER**

IT IS SO ORDERED.

Dated this 17th day of June, 2019

_____
**UNITED STATES DISTRICT COURT JUDGE**

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of SELMAN BREITMAN LLP and, pursuant to Local Rule 5.1, service of the foregoing **AMENDED STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE FOR NAUTILUS TO RESPOND TO PLAINTIFF'S OBJECTION TO MAGISTRATE CARL W. HOFFMAN'S ORDER GRANTING AND DENYING THE INSUREDS' MOTION TO COMPEL** on this 13th day of June, 2019 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list, as follows:

| | |
|---|---|
| Martin Kravitz<br>L. Renee Green<br>KRAVITZ, SCHNITZER & JOHNSON<br>8985 S. Eastern Ave., Ste. 200<br>Las Vegas, NV 89123<br>Phone: (702) 362-6666<br>Facsimile: (702) 362-2203<br>Email: mkravitz@ksjattorneys.com<br>        rgreen@ksjattorneys.com<br><br>Attorneys for Plaintiffs ROBERT SONNY WOOD AND ACCESS MEDICAL, LLC | Jordan P. Schnitzer<br>THE SCHNITZER LAW FIRM<br>9205 W. Russell Road, Suite 240<br>Las Vegas, NV 89148<br>Phone: (702) 960-4050<br>Facsimile: (702) 960-4092<br>Email: Jordan@theschnitzerlawfirm.com<br><br>Attorneys for Plaintiffs ROBERT SONNY WOOD AND ACCESS MEDICAL, LLC |

/s/ Pamela Smith
PAMELA SMITH
An Employee of Selman Breitman LLP

4

105352.1 3892.42806