ERIC S. POWERS
NEVADA BAR NO. 12850
SELMAN BREITMAN LLP
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-0961
Telephone:	702.228.7717
Facsimile:	702.228.8824
Email:	epowers@selmanlaw.com

LINDA WENDELL HSU (*Pro Hac Vice*)
CALIFORNIA BAR NO. 162971
PETER W. BLOOM (*Pro Hac Vice*)
CALIFORNIA BAR NO. 313507
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105
Telephone:	415.979.0400
Facsimile:	415.979.2099
Email:	lhsu@selmanlaw.com
	pbloom@selman.com

Attorneys for Defendant/Cross-Claimant
NAUTILUS INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT "SONNY" WOOD, an individual; ACCESS MEDICAL, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>NAUTILUS INSURANCE GROUP, a Delaware limited liability company, et al.,<br><br>Defendant.<br><br>NAUTILUS INSURANCE COMPANY,<br><br>Cross-Claimant,<br>v.<br>ROBERT "SONNY" WOOD; ACCESS MEDICAL, LLC; FLOURNOY MANAGEMENT, LLC AND ROES 1-10, inclusive,<br><br>Counter-Defendants. | Case No.   2:17-CV-02393-MMD-DJA<br><br>NAUTILUS INSURANCE COMPANY MOTION TO APPEAR TELEPHONICALLY AT MOTION TO STRIKE AND MOTION TO COMPEL HEARING<br><br>Magistrate Judge: Daniel J. Albregts<br>Date: September 19, 2019<br>Time: 10:00 am<br>Ctrm.: 3B |

Defendant/Cross-Claimant Nautilus Insurance Company ("Nautilus") by and through their counsel of record, Eric Powers, Linda Wendell Hsu, and Peter W. Bloom of the law firm of Selman Breitman, LLP, hereby move this Court for leave to have Peter W. Bloom who is admitted *pro hac vice,* appear telephonically at the hearing for Robert "Sonny" Wood and Access Medical, LLC's Motion to Strike and Motion to Compel currently scheduled for September 19, 2019 at 10:00 am in LV Courtroom 3B before Magistrate Judge Daniel J. Albregts.

Mr. Bloom is currently located in San Francisco, California. Counsel Eric Powers will also appear on behalf of Defendant in person. It is Nautilus's understanding that appearing telephonically is possible within the District Court. An appearance telephonically will not prejudice either party. Plaintiffs' counsel Renee Green stipulated to Mr. Bloom's telephonic appearance in an email to Mr. Bloom on August 30, 2019.

WHEREFORE, Nautilus respectfully request that this Court allow leave for Nautilus's counsel Peter Bloom to appear telephonically at the hearing on September 19, 2019.

DATED: September 5, 2019            SELMAN BREITMAN LLP

By:     */s/ Linda Wendell Hsu*
      ERIC S. POWERS
      NEVADA BAR NO. 12850
      LINDA WENDELL HSU (Pro Hac Vice)
      CALIFORNIA BAR NO. 162971
      PETER W. BLOOM (Pro Hac Vice)
      CALIFORNIA BAR NO. 313507
      3993 Howard Hughes Parkway, Suite 200
      Las Vegas, NV 89169-0961
      Phone: 702.228.7717
      Facsimile: 702.228.8824
      Attorneys for Defendant/Cross-Claimant
      NAUTILUS INSURANCE COMPANY

409302.1 3892.42806

## ORDER

Defendant's motion to appear telephonically at the hearing for Robert "Sonny" Wood and Access Medical, LLC's Motion to Strike and Motion to Compel currently scheduled for September 19, 2019 at 10:00 am in LV Courtroom 3B is GRANTED.

IT IS FURTHER ORDERED that Peter W. Bloom, Esq. is instructed to call telephone number (888) 808-6929, access code: 8129639, five minutes prior to the hearing time. The Court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED: September 6, 2019

_____
Daniel J. Albregts
United States Magistrate Judge

3

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of SELMAN BREITMAN LLP and, pursuant to Local Rule 5.1, service of the foregoing **NAUTILUS INSURANCE COMPANY MOTION TO APPEAR TELEPHONICALLY AT MOTION TO STRIKE AND MOTION TO COMPEL HEARING** on this 5th day of September, 2019 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list, as follows:

| | |
|---|---|
| Martin Kravitz<br>L. Renee Green<br>KRAVITZ, SCHNITZER & JOHNSON<br>8985 S. Eastern Ave., Ste. 200<br>Las Vegas, NV 89123<br>Phone: (702) 362-6666<br>Facsimile: (702) 362-2203<br>Email: mkravitz@ksjattorneys.com<br>rgreen@ksjattorneys.com<br><br>Attorneys for Plaintiffs ROBERT SONNY WOOD AND ACCESS MEDICAL, LLC | Jordan P. Schnitzer<br>THE SCHNITZER LAW FIRM<br>9205 W. Russell Road, Suite 240<br>Las Vegas, NV 89148<br>Phone: (702) 960-4050<br>Facsimile: (702) 960-4092<br>Email: Jordan@theschnitzerlawfirm.com<br><br>Attorneys for Plaintiffs ROBERT SONNY WOOD AND ACCESS MEDICAL, LLC |

*/s/ Pamela Smith*
PAMELA SMITH
An Employee of Selman Breitman LLP

4

409302.1 3892.42806