```
 1
 2
 3
 4
 5
 6                    UNITED STATES DISTRICT COURT
 7                         DISTRICT OF NEVADA
 8   ROBERT "SONNY" WOOD, et al.  )   Case # 2:17-cv-02393
                                  )
 9                                )
                                  )   VERIFIED PETITION FOR
10         Plaintiff(s),          )   PERMISSION TO PRACTICE
                                  )   IN THIS CASE ONLY BY
11   vs.                          )   ATTORNEY NOT ADMITTED
                                  )   TO THE BAR OF THIS COURT
12                                )   AND DESIGNATION OF
     NAUTILUS INSURANCE COMPANY   )   LOCAL COUNSEL
13                                )
           Defendant(s).          )
14                                )   FILING FEE IS $250.00
```

   Linda Sharon Wendell Hsu  , Petitioner, respectfully represents to the Court:
             (name of petitioner)

   1.    That Petitioner is an attorney at law and a member of the law firm of

   Selman Breitman, LLP
   _____
                              (firm name)

   with offices at 33 New Montgomery, Sixth Floor
                              (street address)

   San Francisco                  , CA                    , 94105        ,
        (city)                       (state)                (zip code)

   415-979-0400                 , lhsu@selmanlaw.com                     .
   (area code + telephone number)    (Email address)

   2.    That Petitioner has been retained personally or as a member of the law firm by

   Nautilus Insurance Company                 to provide legal representation in connection with
          [client(s)]

   the above-entitled case now pending before this Court.

                                                                           Rev. 5/16



3. That since December 15, 1992 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| California State Bar | 12/15/1992 | 162971 |
| U.S. District Court - Northern District of CA | 8/5/1996 | 162971 |
| U.S. District Court - Eastern District of CA | 12/9/1996 | 162971 |
| U.S. District Court - Central District of CA | 3/3/1993 | 162971 |
| Ninth Circuit Court of Appeals | 8/2/1999 | 162971 |
| District of Columbia Court of Appeals | 4/1/2013 | 1013196 |
| Washington State Bar | 1/28/2014 | 47144 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)
None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.)
None

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)
San Francisco State Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 10/5/2017 | 2:17-cv-02393 | District Court of Nevada | Granted |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

American LegalNet, Inc.
www.FormsWorkFlow.com

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF California )
COUNTY OF San Francisco )

Linda Sharon Wendell, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this 2 day of 12, 2019.

Haris A
Notary Public or ~~Clerk of Court~~

HARIS ARNAUTOVIC
Notary Public - California
San Francisco County
Commission # 2279825
My Comm. Expires Mar 7, 2023

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Gil Glancz,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

Selman Breitman, LLP, 3993 Howard Hughes Parkway, Suite 200,
(street address)

Las Vegas, NV, 89169,
(city) (state) (zip code)

702-228-7717, gglancz@selmanlaw.com,
(area code + telephone number) (Email address)

4

Rev. 5/16



By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) Gil Glancz as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)
Benjamin Falloon, Senior Counsel
Nautilus Insurance Group on behalf of Nautilus Insurance Company
(type or print party name, title)

_____
(party's signature)
Benjamin Falloon, Senior Counsel
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

9413   gglancz@selmanlaw.com
Bar number        Email address

APPROVED:

Dated: this 4th day of Dec., 2019.
_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16





On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## Linda Sharon Wendell Hsu

was duly qualified and admitted on **April 1, 2013** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Inactive** member in good standing of this Bar.

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on November 12, 2019.**

*Julio A. Castillo*

**JULIO A. CASTILLO
Clerk of the Court**

Issued By: *[signature]*

District of Columbia Bar Membership

**For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.**



**The State Bar**
*of California*

180 Howard Street, San Francisco, CA 94105

888-800-3400

AttorneyRegulation@calbar.ca.gov

OFFICE OF ATTORNEY REGULATION
& CONSUMER RESOURCES

# CERTIFICATE OF STANDING

November 19, 2019

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, LINDA SHARON WENDELL, #162971 was admitted to the practice of law in this state by the Supreme Court of California on December 15, 1992; that at her request, on April 2, 2002, her name was changed to LINDA SHARON WENDELL HSU on the records of the State Bar of California; that she has been since the date of admission, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Denise Velasco
Custodian of Records

# CERTIFICATION OF CURRENT STATUS

November 21, 2019

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the Washington State Bar Association, **Linda Wendell Hsu**, license no. **47155** was licensed or admitted to the practice of law as a lawyer in this state by the Washington Supreme Court on **January 28, 2014**, and is, as of the date of this certificate, a(n) Active lawyer of the Washington State Bar Association who is **Eligible** to practice law in this state as a lawyer.

This certificate reflects the date of admission or licensure and the license status as of the date stated. Historical information about status, including periods on inactive status, administrative and disciplinary suspensions, disbarments, resignations, etc., are not reflected in this information, but are available through a Status History Certificate. A summary of confidential grievances and public discipline imposed is available, if authorized by the member, through a Discipline History Certificate.

_____
Terra Nevitt
Interim Executive Director

Washington State Bar Association
1325 Fourth Ave, Suite 600
Seattle, WA 98101-2539
206-443-WSBA