1  GIL GLANCZ
   NEVADA BAR NO. 9813
2  SELMAN BREITMAN LLP
   33 New Montgomery, Sixth Floor
3  San Francisco, CA 94105-4537
   Telephone:    415.979.0400
4  Facsimile:    415.979.2099
   Email:        gglancz@selmanlaw.com
5
   LINDA WENDELL HSU (*Pro Hac Vice*)
6  CALIFORNIA BAR NO. 162971
   PETER W. BLOOM (*Pro Hac Vice*)
7  CALIFORNIA BAR NO. 313507
   SELMAN BREITMAN LLP
8  33 New Montgomery, Sixth Floor
   San Francisco, CA 94105
9  Telephone:    415.979.0400
   Facsimile:    415.979.2099
10 Email:        lhsu@selmanlaw.com
                 pbloom@selmanlaw.com

Attorneys for Defendant/Cross-Claimant
NAUTILUS INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT "SONNY" WOOD, an individual; ACCESS MEDICAL, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>NAUTILUS INSURANCE GROUP, a Delaware limited liability company, et al.,<br><br>Defendant. | Case No.  2:17-CV-02393-MMD-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF DEADLINES TO MOVE FOR FEES AND COSTS ARISING FROM NAUTILUS'S DISCOVERY MOTIONS HEARD ON FEBRUARY 20, 2020** |
| NAUTILUS INSURANCE COMPANY,<br><br>Cross-Claimant,<br>v.<br>ROBERT "SONNY" WOOD; ACCESS MEDICAL, LLC; FLOURNOY MANAGEMENT, LLC AND ROES 1-10, inclusive,<br><br>Counter-Defendants. | |

1

C

The parties hereto, by and through their undersigned counsel, stipulate for an extension of the deadline associated with Defendant Nautilus Insurance Company's ("Nautilus's") Request for Sanctions arising out of its Motion to Quash the Subpoena to the Cutler Law Firm, ECF No. 168 and its Motion for a Protective Order, ECF No. 184 (collectively "the Motions").

In the hearing on the Motions on February 20, the Court permitted Nautilus to file a motion to recover fees and costs related to the Motions within 14 days. The Court also required that the parties meet and confer on the fees and costs issue and amounts prior to Nautilus filing the motion.

The parties have begun the meet and confer process, but have not yet reached an agreement or an impasse. In light of that, and due to the current ongoing meet and confer communications, the parties request that the Court order:

1. Nautilus's motion for fees and costs, if necessary, is currently due on March 5, 2020 but that deadline is continued to March 19, 2020.
2. Access and Wood's opposition, if necessary, is currently due on March 19, 2020, but that deadline is continued to April 2, 2020.
3. Nautilus's reply, if any, is currently due March 26, 2020 but that deadline is continued to April 9, 2020.

**IT IS SO STIPULATED.**

DATED: March 5, 2020            SELMAN BREITMAN LLP


By:     */s/ Linda Wendell Hsu*
        GIL GLANCZ
        NEVADA BAR NO. 9813
        LINDA WENDELL HSU (Pro Hac Vice)
        CALIFORNIA BAR NO. 162971
        PETER W. BLOOM (Pro Hac Vice)
        CALIFORNIA BAR NO. 313507
        33 New Montgomery, Sixth Floor
        San Francisco, CA 94105-4537
        Phone: 415.979.2024
        Facsimile: 415.979.2099
        Attorneys for Defendant/Cross-Claimant
        NAUTILUS INSURANCE COMPANY

3892 42806 4823-6394-1302 .v1

Selman Breitman LLP
ATTORNEYS AT LAW

| | | |
|---|---|---|
| DATED: March 5, 2020 | | KRAVITZ, SCHNITZER & JOHNSON, CHTD |
| | By: | */s/ Jordan P. Schnitzer* |
| | | JORDAN P. SCHNITZER |
| | | NEVADA BAR NO. 10744 |
| | | THE SCHNITZER LAW FIRM |
| | | 9205 W. Russell Road, Suite 240 |
| | | Las Vegas, NV 89148 |
| | | Phone: (702) 960-4050 |
| | | Facsimile: (702) 960-4092 |
| | | Attorneys for Defendants ACCESS MEDICAL, LLC and ROBERT CLARK WOOD, II |

**IT IS SO ORDERED:**

Dated: March 6, 2020

_____
Magistrate Judge Daniel J. Albregts

3892 42806 4823-6394-1302 .v1

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of SELMAN BREITMAN LLP and, pursuant to Local Rule 5.1, service of the foregoing **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF DEADLINES TO MOVE FOR FEES AND COSTS ARISING FROM NAUTILUS'S DISCOVERY MOTIONS HEARD ON FEBRUARY 20, 2020** on this 5th day of March, 2020, via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list, as follows:

| | |
|---|---|
| Martin Kravitz<br>L. Renee Green<br>KRAVITZ, SCHNITZER & JOHNSON<br>8985 S. Eastern Ave., Ste. 200<br>Las Vegas, NV 89123<br>Phone: (702) 362-6666<br>Facsimile: (702) 362-2203<br>Email: mkravitz@ksjattorneys.com<br>      rgreen@ksjattorneys.com<br><br>Attorneys for Plaintiffs ROBERT SONNY WOOD AND ACCESS MEDICAL, LLC | Jordan P. Schnitzer<br>THE SCHNITZER LAW FIRM<br>9205 W. Russell Road, Suite 240<br>Las Vegas, NV 89148<br>Phone: (702) 960-4050<br>Facsimile: (702) 960-4092<br>Email: Jordan@theschnitzerlawfirm.com<br><br>Attorneys for Plaintiffs ROBERT SONNY WOOD AND ACCESS MEDICAL, LLC |

*/s/ Pamela Smith*
PAMELA SMITH
An Employee of Selman Breitman LLP

3892 42806 4823-6394-1302 .v1