GIL GLANCZ
NEVADA BAR NO. 9813
SELMAN BREITMAN LLP
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-0961
Telephone: 702.228.7717
Facsimile: 702.228.8824
Email: gglancz@selmanlaw.com

LINDA WENDELL HSU (*Pro Hac Vice*)
CALIFORNIA BAR NO. 162971
PETER W. BLOOM (*Pro Hac Vice*)
CALIFORNIA BAR NO. 313507
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105
Telephone: 415.979.0400
Facsimile: 415.979.2099
Email: lhsu@selmanlaw.com
pbloom@selmanlaw.com

Attorneys for Defendant/Cross-Claimant
NAUTILUS INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT "SONNY" WOOD, an individual; ACCESS MEDICAL, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>NAUTILUS INSURANCE GROUP, a Delaware limited liability company, et al.,<br><br>Defendant. | Case No. 2:17-CV-02393-MMD-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION (SECOND REQUEST) OF DEADLINES TO MOVE FOR FEES AND COSTS FROM NAUTILUS'S DISCOVER MOTIONS HEARD ON FEBRUARY 20, 2020** |
| NAUTILUS INSURANCE COMPANY,<br><br>Cross-Claimant,<br>v.<br>ROBERT "SONNY" WOOD; ACCESS MEDICAL, LLC; FLOURNOY MANAGEMENT, LLC AND ROES 1-10, inclusive,<br><br>Counter-Defendants. | |

The parties hereto, by and through their undersigned counsel, stipulate for an extension of the deadline associated with Defendant Nautilus Insurance Company's ("Nautilus's") Request for Sanctions arising out of its Motion to Quash the Subpoena to the Cutler Law Firm, ECF No. 168 and its Motion for a Protective Order, ECF No. 184 (collectively "the Motions").

In the hearing on the Motions on February 20, the Court permitted Nautilus to file a motion to recover fees and costs related to the Motions within 14 days. The Court also required that the parties meet and confer on the fees and costs issue and amounts prior to Nautilus filing the motion.

The parties are making progress in the meet and confer process, but have not yet reached an agreement or an impasse. In light of that, and due to the current ongoing meet and confer communications, the parties request that the Court order:

1. Nautilus's motion for fees and costs, if necessary, is currently due on March 19, 2020 but that deadline is continued to April 2, 2020.
2. Access and Wood's opposition, if necessary, is currently due on April 2, 2020, but that deadline is continued to April 16, 2020.
3. Nautilus's reply, if any, is currently due April 9, 2020 but that deadline is continued to April 23, 2020.

**IT IS SO STIPULATED.**

DATED: March 12, 2020                    SELMAN BREITMAN LLP

By: */s/ Linda Wendell Hsu*
    GIL GLANCZ
    NEVADA BAR NO. 9813
    LINDA WENDELL HSU (Pro Hac Vice)
    CALIFORNIA BAR NO. 162971
    PETER W. BLOOM (Pro Hac Vice)
    CALIFORNIA BAR NO. 313507
    33 New Montgomery, Sixth Floor
    San Francisco, CA 94105-4537
    Phone: 415.979.2024
    Facsimile: 415.979.2099
    Attorneys for Defendant/Cross-Claimant
    NAUTILUS INSURANCE COMPANY

3892 42806 4830-5806-9687 .v1

| | | |
|---|---|---|
| DATED: March 12, 2020 | | KRAVITZ, SCHNITZER & JOHNSON, CHTD |

By:     */s/ Jordan P. Schnitzer*
        JORDAN P. SCHNITZER
        NEVADA BAR NO. 10744
        THE SCHNITZER LAW FIRM
        9205 W. Russell Road, Suite 240
        Las Vegas, NV 89148
        Phone: (702) 960-4050
        Facsimile: (702) 960-4092
        Attorneys for Defendants ACCESS MEDICAL, LLC and ROBERT CLARK WOOD, II

**IT IS SO ORDERED:**

Dated: March 13, 2020

_____
Daniel J. Albregts
United States Magistrate Judge

3

3892 42806 4830-5806-9687 .v1

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of SELMAN BREITMAN LLP and, pursuant to Local Rule 5.1, service of the foregoing **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION (SECOND REQUEST) OF DEADLINES TO MOVE FOR FEES AND COSTS FROM NAUTILUS'S DISCOVER MOTIONS HEARD ON FEBRUARY 20, 2020** on this 12th day of March, 2020, via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list, as follows:

| | |
|---|---|
| Martin Kravitz<br>L. Renee Green<br>KRAVITZ, SCHNITZER & JOHNSON<br>8985 s. Eastern Ave, Ste.200<br>Las Vegas, NV 89123<br>Phone: (702) 362-6666<br>Facsimile: (702 362-2203<br>Email: mkravitz@ksjattorneys.com<br>       rgreen@ksjattorneys.com<br><br>Attorneys for Plaintiffs ROBERT "SONNY" WOOD and ACCESS MEDICAL, LLC | Jordan P. Schnitzer<br>THE SCHNITZER LAW FIRM<br>9205 W. Russell Road, Suite 240<br>Las Vegas, NV 89148<br>Phone: (702) 960-4050<br>Facsimile: (702) 960-4092<br>Email: Jordan@theschnitzerlawfirm.com<br><br>Attorneys for Plaintiffs ROBERT "SONNY" WOOD and ACCESS MEDICAL, LLC |

                                                */s/ Pamela Smith*
                                                PAMELA SMITH
                                     An Employee of Selman Breitman LLP

3892 42806 4830-5806-9687 .v1