GIL GLANCZ
NEVADA BAR NO. 9813
SELMAN BREITMAN LLP
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-0961
Telephone:    702.228.7717
Facsimile:    702.228.8824
Email:        gglancz@selmanlaw.com

LINDA WENDELL HSU (*Pro Hac Vice*)
CALIFORNIA BAR NO. 162971
PETER W. BLOOM (*Pro Hac Vice*)
CALIFORNIA BAR NO. 313507
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105
Telephone:    415.979.0400
Facsimile:    415.979.2099
Email:        lhsu@selmanlaw.com
              pbloom@selmanlaw.com

Attorneys for Defendant/Cross-Claimant
NAUTILUS INSURANCE COMPANY

Selman Breitman LLP
ATTORNEYS AT LAW

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT "SONNY" WOOD, an individual; ACCESS MEDICAL, LLC, a Delaware limited liability company,<br><br>        Plaintiffs,<br><br>    v.<br><br>NAUTILUS INSURANCE GROUP, a Delaware limited liability company, et al.,<br><br>        Defendant.<br><br>NAUTILUS INSURANCE COMPANY,<br><br>        Cross-Claimant,<br>    v.<br>ROBERT "SONNY" WOOD; ACCESS MEDICAL, LLC; FLOURNOY MANAGEMENT, LLC AND ROES 1-10, inclusive,<br><br>        Counter-Defendants. | Case No.   2:17-CV-02393-MMD-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION (THIRD REQUEST) OF DEADLINES TO MOVE FOR FEES AND COSTS FROM NAUTILUS'S DISCOVERY MOTIONS HEARD ON FEBRUARY 20, 2020** |

1

1    The parties hereto, by and through their undersigned counsel, stipulate for an extension of

2    the deadline associated with Defendant Nautilus Insurance Company's ("Nautilus's") Request for

3    Sanctions arising out of its Motion to Quash the Subpoena to the Cutler Law Firm, ECF No. 168

4    and its Motion for a Protective Order, ECF No. 184 (collectively "the Motions").

5    In the hearing on the Motions on February 20, the Court permitted Nautilus to file a motion

6    to recover fees and costs related to the Motions within 14 days. The Court also required that the

7    parties meet and confer on the fees and costs issue and amounts prior to Nautilus filing the motion.

8    The parties are making progress in the meet and confer process, but have not yet reached

9    an agreement or an impasse. In light of that, and due to the current ongoing meet and confer

10   communications, the parties request that the Court order:

11   1.  Nautilus's motion for fees and costs, if necessary, is currently due on April 2, 2020 but

12       that deadline is continued to April 16, 2020.

13   2.  Access and Wood's opposition, if necessary, is currently due on April 16, 2020, but

14       that deadline is continued to April 30, 2020.

15   3.  Nautilus's reply, if any, is currently due April 23, 2020 but that deadline is continued to

16       May 7, 2020.

17

18   **IT IS SO STIPULATED.**

19

20   DATED: April 2, 2020          SELMAN BREITMAN LLP

21

22                                By:    */s/ Linda Wendell Hsu*
                                        GIL GLANCZ
23                                      NEVADA BAR NO. 9813
                                        LINDA WENDELL HSU (Pro Hac Vice)
24                                      CALIFORNIA BAR NO. 162971
                                        PETER W. BLOOM (Pro Hac Vice)
25                                      CALIFORNIA BAR NO. 313507
                                        3993 Howard Hughes Parkway, Suite 200
26                                      Las Vegas, NV 89169-0961
                                        Phone: 415.979.2024
27                                      Facsimile: 702.228.8824
                                        Attorneys for Defendant/Cross-Claimant
28                                      NAUTILUS INSURANCE COMPANY
                                        2

1  DATED: April 2, 2020            KRAVITZ, SCHNITZER & JOHNSON, CHTD

2

3                          By:    */s/ Jordan P. Schnitzer*_____
                                  JORDAN P. SCHNITZER
4                                 NEVADA BAR NO. 10744
                                  THE SCHNITZER LAW FIRM
5                                 9205 W. Russell Road, Suite 240
                                  Las Vegas, NV 89148
6                                 Phone: (702) 960-4050
                                  Facsimile: (702) 960-4092
7                                 Attorneys for Defendants ACCESS MEDICAL,
                                  LLC and ROBERT CLARK WOOD, II
8

9

10

11

12     **IT IS SO ORDERED:**

13

14
     Dated: ___April 3, 2020_____
15
                                  _____
16                                Daniel J. Albregts
                                  United States Magistrate Judge
17

18

19

20

21

22

23

24

25

26

27

28

Selman Breitman LLP
ATTORNEYS AT LAW

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of SELMAN BREITMAN LLP and, pursuant to Local Rule 5.1, service of the foregoing **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION (THIRD REQUEST) OF DEADLINES TO MOVE FOR FEES AND COSTS FROM NAUTILUS'S DISCOVERY MOTIONS HEARD ON FEBRUARY 20, 2020** on this 2nd day of April, 2020, via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list, as follows:

Martin Kravitz
L. Renee Green
KRAVITZ, SCHNITZER & JOHNSON
8985 s. Eastern Ave, Ste.200
Las Vegas, NV 89123
Phone: (702) 362-6666
Facsimile: (702 362-2203
Email: mkravitz@ksjattorneys.com
        rgreen@ksjattorneys.com

Attorneys for Plaintiffs ROBERT "SONNY"
WOOD and ACCESS MEDICAL, LLC

Jordan P. Schnitzer
THE SCHNITZER LAW FIRM
9205 W. Russell Road, Suite 240
Las Vegas, NV 89148
Phone: (702) 960-4050
Facsimile: (702) 960-4092
Email: Jordan@theschnitzerlawfirm.com

Attorneys for Plaintiffs ROBERT "SONNY"
WOOD and ACCESS MEDICAL, LLC

_/s/ Pamela Smith_____
PAMELA SMITH
An Employee of Selman Breitman LLP

4

3892 42806 4824-5900-4345 .v1