GIL GLANCZ
NEVADA BAR NO. 9813
SELMAN BREITMAN LLP
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-0961
Telephone:   702.228.7717
Facsimile:   702.228.8824
Email:       gglancz@selmanlaw.com

LINDA WENDELL HSU (*Pro Hac Vice*)
CALIFORNIA BAR NO. 162971
PETER W. BLOOM (*Pro Hac Vice*)
CALIFORNIA BAR NO. 313507
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105
Telephone:   415.979.0400
Facsimile:   415.979.2099
Email:       lhsu@selmanlaw.com
             pbloom@selmanlaw.com

Attorneys for Defendant/Cross-Claimant
NAUTILUS INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT "SONNY" WOOD, an individual; ACCESS MEDICAL, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>NAUTILUS INSURANCE GROUP, a Delaware limited liability company, et al.,<br><br>Defendant. | Case No.   2:17-CV-02393-MMD-DJA<br><br>STIPULATION AND ORDER FOR EXTENSION (FOURTH REQUEST) OF DEADLINES TO MOVE FOR FEES AND COSTS FROM NAUTILUS'S DISCOVERY MOTIONS HEARD ON FEBRUARY 20, 2020 |
| NAUTILUS INSURANCE COMPANY,<br><br>Cross-Claimant,<br>v.<br>ROBERT "SONNY" WOOD; ACCESS MEDICAL, LLC; FLOURNOY MANAGEMENT, LLC AND ROES 1-10, inclusive,<br><br>Counter-Defendants. | |

1

The parties hereto, by and through their undersigned counsel, stipulate for an extension of the deadline associated with Defendant Nautilus Insurance Company's ("Nautilus's") Request for Sanctions arising out of its Motion to Quash the Subpoena to the Cutler Law Firm, ECF No. 168 and its Motion for a Protective Order, ECF No. 184 (collectively "the Motions").

In the hearing on the Motions on February 20, the Court permitted Nautilus to file a motion to recover fees and costs related to the Motions within 14 days.  The Court also required that the parties meet and confer on the fees and costs issue and amounts prior to Nautilus filing the motion.

The parties are making progress in the meet and confer process, but have not yet reached an agreement or an impasse.  However, because of some last-minute delays relating to the COVID-19 virus, the parties have been unable to complete their meet and confer.  In light of that, and due to the current ongoing meet and confer communications, the parties request that the Court order:

1. Nautilus's motion for fees and costs, if necessary, is currently due on April 16, 2020 but that deadline is continued to April 30, 2020.
2. Access and Wood's opposition, if necessary, is currently due on April 30, 2020, but that deadline is continued to May 14, 2020.
3. Nautilus's reply, if any, is currently due May 7, 2020 but that deadline is continued to May 14, 2020.

///

///

///

///

2

**IT IS SO STIPULATED.**

DATED: April 16, 2020     SELMAN BREITMAN LLP

By:     /s/ Linda Wendell Hsu
        GIL GLANCZ
        NEVADA BAR NO. 9813
        LINDA WENDELL HSU (Pro Hac Vice)
        CALIFORNIA BAR NO. 162971
        PETER W. BLOOM (Pro Hac Vice)
        CALIFORNIA BAR NO. 313507
        3993 Howard Hughes Parkway, Suite 200
        Las Vegas, NV 89169-0961
        Phone: 415.979.2024
        Facsimile: 702.228.8824
        Attorneys for Defendant/Cross-Claimant
        NAUTILUS INSURANCE COMPANY

DATED: April 16, 2020     KRAVITZ, SCHNITZER & JOHNSON, CHTD

By:     /s/ Jordan P. Schnitzer
        JORDAN P. SCHNITZER
        NEVADA BAR NO. 10744
        THE SCHNITZER LAW FIRM
        9205 W. Russell Road, Suite 240
        Las Vegas, NV 89148
        Phone: (702) 960-4050
        Facsimile: (702) 960-4092
        Attorneys for Defendants ACCESS MEDICAL,
        LLC and ROBERT CLARK WOOD, II

**IT IS SO ORDERED:**

Dated: April 17, 2020

_____
Magistrate Judge Daniel J. Albregts

3892 42806 4810-8891-5642 .v1

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of SELMAN BREITMAN LLP and, pursuant to Local Rule 5.1, service of the foregoing **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION (FOURTH REQUEST) OF DEADLINES TO MOVE FOR FEES AND COSTS FROM NAUTILUS'S DISCOVERY MOTIONS HEARD ON FEBRUARY 20, 2020** on this 16th day of April, 2020, via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list, as follows:

| | |
|---|---|
| Martin Kravitz<br>L. Renee Green<br>KRAVITZ, SCHNITZER & JOHNSON<br>8985 s. Eastern Ave, Ste.200<br>Las Vegas, NV  89123<br>Phone: (702) 362-6666<br>Facsimile: (702 362-2203<br>Email: mkravitz@ksjattorneys.com<br>          rgreen@ksjattorneys.com<br><br>Attorneys for Plaintiffs ROBERT "SONNY" WOOD and ACCESS MEDICAL, LLC | Jordan P. Schnitzer<br>THE SCHNITZER LAW FIRM<br>9205 W. Russell Road, Suite 240<br>Las Vegas, NV  89148<br>Phone: (702) 960-4050<br>Facsimile:  (702) 960-4092<br>Email: Jordan@theschnitzerlawfirm.com<br><br>Attorneys for Plaintiffs ROBERT "SONNY" WOOD and ACCESS MEDICAL, LLC |

                                                */s/ Pamela Smith*
                                                PAMELA SMITH
                                   An Employee of Selman Breitman LLP