GIL GLANCZ
NEVADA BAR NO. 9813
SELMAN BREITMAN LLP
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-0961
Telephone:    702.228.7717
Facsimile:    702.228.8824
Email:    gglancz@selmanlaw.com

LINDA WENDELL HSU (*Pro Hac Vice*)
CALIFORNIA BAR NO. 162971
PETER W. BLOOM (*Pro Hac Vice*)
CALIFORNIA BAR NO. 313507
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105
Telephone:    415.979.0400
Facsimile:    415.979.2099
Email:    lhsu@selmanlaw.com
              pbloom@selmanlaw.com

Attorneys for Defendant/Cross-Claimant
NAUTILUS INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT "SONNY" WOOD, an individual; ACCESS MEDICAL, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>NAUTILUS INSURANCE GROUP, a Delaware limited liability company, et al.,<br><br>Defendant. | Case No.   2:17-CV-02393-MMD-DJA<br><br>**ORDER FOR SANCTIONS BASED ON DISCOVERY MOTIONS HEARD ON FEBRUARY 20, 2020** |
| NAUTILUS INSURANCE COMPANY,<br><br>Cross-Claimant,<br><br>v.<br><br>ROBERT "SONNY" WOOD; ACCESS MEDICAL, LLC; FLOURNOY MANAGEMENT, LLC AND ROES 1-10, inclusive,<br><br>Counter-Defendants. | |

1

Having considered Defendant Nautilus Insurance Company's (hereafter "Nautilus") Motion to Quash, ECF No. 176, and Motion for a Protective Order, ECF No. 184, and the opposition and reply briefs filed in response thereto, and having heard and considered oral argument, the Court ruled in Nautilus's favor and ordered that Nautilus may obtain sanctions, subject to a requirement that Nautilus and Plaintiffs Robert "Sonny" Wood and Access Medical, LLC (hereafter collectively "Plaintiffs") meet and confer to resolve the amount of reasonable fees and costs;

And further having reviewed the declarations of Peter W. Bloom and Linda Wendell Hsu filed concurrently with Nautilus's Request for Sanctions, the meet and confer correspondence attached to the declaration of Peter W. Bloom, and the attached Stipulation as to reasonable fees and costs for the preparation of the two discovery motions;

The Court orders that pursuant to Federal Rules of Civil Procedure 26(c)(3), 37(a)(5), and the Court's Order of February 20, 2020, ECF No. 203, Nautilus is awarded monetary sanctions in the amount of Fifteen Thousand Dollars ($15,000), representing an agreed-upon reasonable amount of fees and costs incurred by Nautilus for its preparation of the two discovery motions, ECF Nos. 176 and 184, to be paid to Nautilus's counsel of record within thirty (30) days of the entry of this Order.

**IT IS SO ORDERED:**

Dated: May 1, 2020

_____
Magistrate Judge Daniel J. Albregts

2