CASEY J. QUINN
NEVADA BAR NO. 11248
SELMAN BREITMAN LLP
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-0961
Telephone:    702.228.7717
Facsimile:    702.228.8824
Email:        cquinn@selmanlaw.com

LINDA WENDELL HSU (*Pro Hac Vice*)
CALIFORNIA BAR NO. 162971
PETER W. BLOOM (*Pro Hac Vice*)
CALIFORNIA BAR NO. 313507
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105
Telephone:    415.979.0400
Facsimile:    415.979.2099
Email:        lhsu@selmanlaw.com
              pbloom@selmanlaw.com

Attorneys for Defendant/Cross-Claimant
NAUTILUS INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT "SONNY" WOOD, an individual; ACCESS MEDICAL, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>NAUTILUS INSURANCE GROUP, a Delaware limited liability company, et al.,<br><br>Defendant.<br><br>NAUTILUS INSURANCE COMPANY,<br><br>Cross-Claimant,<br>v.<br>ROBERT "SONNY" WOOD; ACCESS MEDICAL, LLC; FLOURNOY MANAGEMENT, LLC AND ROES 1-10, inclusive,<br><br>Counter-Defendants. | Case No.2:17-CV-02393-MMD-DJA<br><br>**MOTION AND [PROPOSED] ORDER TO SUBSTITUTE COUNSEL FOR NAUTILUS INSURANCE COMPANY** |

1

3892 42806 4848-3749-5498 .v1

TO THE COURT, CM/ECF. AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant Nautilus Insurance Company (hereinafter "Nautilus") hereby files this Motion to Substitute Counsel for Nautilus Insurance Company. Eric S. Powers, Gil Glancz and Nathaniel S.G. Braun are no longer with Selman Breitman LLP. Accordingly, Nautilus hereby requests that they be removed from this case and the electronic service list and that the undersigned, Casey J. Quinn, who does hereby consent to serve as such, be designated as resident Nevada counsel for Nautilus in this matter.

Linda Wendell Hsu, and Peter W. Bloom of the law firm of Selman Breitman LLP shall remain counsel of record for Nautilus and should continue to receive notification via the Electronic Service List.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) Casey J. Quinn as their Designated Resident Nevada Counsel in this case.

Dated: September 14, 2020

_____
(Party's Signature)
Benjamin Falloon, Senior Counsel
Nautilus Insurance Group on behalf of Nautilus Insurance Company
(Type or Print Party's Name, Title)

3892 42806 4848-3749-5498 .v1

1  DATED: September 14, 2020          SELMAN BREITMAN LLP

                            By:    */s/ Casey J. Quinn*
                                   CASEY J. QUINN
                                   NEVADA BAR NO. 11248
                                   3993 Howard Hughes Parkway, Suite 200
                                   Las Vegas, NV 89169-0961
                                   Phone: 702.228.7717
                                   Facsimile: 702.228.8824

                                   */s/ Linda Wendell Hsu*
                                   LINDA WENDELL HSU (PRO HAC VICE)
                                   CALIFORNIA BAR NO. 162971
                                   PETER W. BLOOM (PRO HAC VICE)
                                   CALIFORNIA BAR NO. 313507
                                   33 New Montgomery, Sixth Floor
                                   San Francisco, CA 94105
                                   Telephone:  415.979.0400
                                   Facsimile:   415.979.2099
                                   Attorneys for Defendant/Cross-Claimant
                                   NAUTILUS INSURANCE COMPANY

3

3892 42806 4848-3749-5498 .v1

**ORDER**

IT IS HEREBY ORDERED that Eric S. Powers, Gil Glancz and Nathaniel S.G. Braun shall be removed from the case and the electronic service list in this case as counsel for Nautilus and Casey J. Quinn shall be substituted as designated local Nevada counsel for Nautilus.

DATED: September 15, 2020

Daniel J. Albregts
United States Magistrate Judge

4

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of SELMAN BREITMAN LLP and, pursuant to Local Rule 5.1, service of the foregoing **MOTION AND [PROPOSED] ORDER TO SUBSTITUTE COUNSEL FOR NAUTILUS INSURANCE COMPANY** on September 14, 2020 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list, as follows:

Martin Kravitz
L. Renee Green
KRAVITZ, SCHNITZER & JOHNSON
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV  89123
Phone: (702) 362-6666
Facsimile: (702) 362-2203
Email: mkravitz@ksjattorneys.com
           rgreen@ksjattorneys.com

Attorneys for Plaintiffs ROBERT SONNY WOOD AND ACCESS MEDICAL, LLC

Jordan P. Schnitzer
THE SCHNITZER LAW FIRM
9205 W. Russell Road, Suite 240
Las Vegas, NV  89148
Phone: (702) 960-4050
Facsimile: (702) 960-4092
Email: Jordan@theschnitzerlawfirm.com

Attorneys for Plaintiffs ROBERT SONNY WOOD AND ACCESS MEDICAL, LLC

*/s/ Pamela Smith*
PAMELA SMITH
An Employee of Selman Breitman LLP

5

3892 42806 4848-3749-5498 .v1