CASEY J. QUINN
NEVADA BAR NO. 11248
SELMAN BREITMAN LLP
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-0961
Telephone:   702.228.7717
Facsimile:   702.228.8824
Email:   cquinn@selmanlaw.com

LINDA WENDELL HSU (*Pro Hac Vice*)
CALIFORNIA BAR NO. 162971
PETER W. BLOOM (*Pro Hac Vice*)
CALIFORNIA BAR NO. 313507
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105
Telephone:   415.979.0400
Facsimile:   415.979.2099
Email:   lhsu@selmanlaw.com
         pbloom@selmanlaw.com

Attorneys for Defendant/Cross-Claimant
NAUTILUS INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT "SONNY" WOOD, an individual; ACCESS MEDICAL, LLC, a Delaware limited liability company,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>NAUTILUS INSURANCE GROUP, a Delaware limited liability company, et al.,<br><br>　　　　Defendant.<br><hr>NAUTILUS INSURANCE COMPANY,<br><br>　　　　Cross-Claimant,<br><br>　v.<br><br>ROBERT "SONNY" WOOD; ACCESS MEDICAL, LLC; FLOURNOY MANAGEMENT, LLC AND ROES 1-10, inclusive,<br><br>　　　　Counter-Defendants. | Case No.   2:17-CV-02393-MMD-DJA<br><br>ORDER **FOR SANCTIONS ARISING OUT OF NAUTILUS'S MOTION FOR A PROTECTIVE ORDER RELATING TO THE 30(B)(6) DEPOSITION OF NAUTILUS** |

1

1  Having considered Defendant Nautilus Insurance Company's (hereafter "Nautilus") Motion
2  for a Protective Order, ECF No. 237, and the opposition and reply briefs filed in response thereto,
3  the Court ruled in Nautilus's favor and ordered that Nautilus may obtain sanctions, subject to a
4  requirement that Nautilus and Plaintiffs Robert "Sonny" Wood and Access Medical, LLC
5  (hereafter collectively "Plaintiffs") meet and confer to resolve the amount of reasonable fees and
6  costs;

7  And further having reviewed the declaration of Peter W. Bloom filed concurrently with
8  Nautilus's Request for Sanctions, the meet and confer correspondence attached to the declaration
9  of Peter W. Bloom, and the attached Stipulation as to reasonable fees and costs for the preparation
10 of the two discovery motions;

11 The Court orders that pursuant to Federal Rules of Civil Procedure 26(c)(3), 37(a)(5), and
12 the Court's Order of February 20, 2020, ECF No. 203, Nautilus is awarded monetary sanctions in
13 the amount of Five Thousand Dollars ($5,000), representing an agreed-upon reasonable amount of
14 fees and costs incurred by Nautilus for its preparation of its motion, ECF No. 237, to be paid to
15 Nautilus's counsel of record within thirty (30) days of the entry of this Order.

17 **IT IS SO ORDERED:**

19 Dated: October 21, 2020

20 _____
   Magistrate Judge Daniel J. Albregts

2

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of SELMAN BREITMAN LLP and, pursuant to Local Rule 5.1, service of the foregoing **[PROPOSED] ORDER FOR SANCTIONS ARISING OUT OF NAUTILUS'S MOTION FOR A PROTECTIVE ORDER RELATING TO THE 30(B)(6) DEPOSITION OF NAUTILUS** on this 20th day of October, 2020, via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list, as follows:

Martin Kravitz
L. Renee Green
KRAVITZ, SCHNITZER & JOHNSON
8985 s. Eastern Ave, Ste.200
Las Vegas, NV  89123
Phone: (702) 362-6666
Facsimile: (702 362-2203
Email: mkravitz@ksjattorneys.com
        rgreen@ksjattorneys.com

Attorneys for Plaintiffs ROBERT "SONNY" WOOD and ACCESS MEDICAL, LLC

Jordan P. Schnitzer
THE SCHNITZER LAW FIRM
9205 W. Russell Road, Suite 240
Las Vegas, NV  89148
Phone: (702) 960-4050
Facsimile:  (702) 960-4092
Email: Jordan@theschnitzerlawfirm.com

Attorneys for Plaintiffs ROBERT "SONNY" WOOD and ACCESS MEDICAL, LLC

 

                             */s/ Pamela Smith*
                              PAMELA SMITH
              An Employee of Selman Breitman LLP

3892 42806 4815-2311-2143 .v1