# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT "SUNNY" WOOD, et al., | Case No. 2:17-cv-02393-MMD-DJA |
| Plaintiffs, | |
| v. | **ORDER** |
| NAUTILUS INSURANCE GROUP, | |
| Defendant. | |

This matter is before the Court on the parties' Tenth Stipulation to Modify the Scheduling Order (ECF No. 254), filed on November 24, 2020. Essentially, the parties seek a stay of discovery until the District Judge rules on Plaintiff's Objection (ECF No. 249) and then an extension of discovery of 150 days after an order is issued on the Objection. The Court finds that neither request is supported by proper points and authorities.

First, the parties' request to stay discovery in the case until the Objection is ruled on is not supported. It is not known when the Objection will be decided, but the Court is not convinced that discovery should halt merely because there has been an objection filed. Further, as to the extension of 150 days after the stay period, such an extension is simply not warranted. This case was filed in 2017 and this is now the parties' tenth request for an extension. The parties need to be diligent about completing discovery so this case may move toward a conclusion. In fact, the parties' description of the discovery that remains to be completed is glaringly deficient; it is vague and lacks any demonstration of a good faith attempt to schedule depositions and complete document production. As a result, the current discovery cutoff deadline of February 16, 2021 shall remain in place. The Court will not look kindly on future requests to extend the current discovery schedule that fail to meet the requirements of Local Rule 26-3. Further, counsel for the

parties shall review the revisions to the Amended Local Rules as they cite to outdated Local Rule 26-4.

IT IS THEREFORE ORDERED that parties' Tenth Stipulation to Modify the Scheduling Order (ECF No. 254) is **denied.**

DATED: November 30, 2020.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE