1  CASEY J. QUINN
   NEVADA BAR NO. 11248
2  SELMAN BREITMAN LLP
   3993 Howard Hughes Parkway, Suite 200
3  Las Vegas, NV 89169-0961
   Telephone:      702.228.7717
4  Facsimile:      702.228.8824
   Email:          cquinn@selmanlaw.com
5
   LINDA WENDELL HSU (*Pro Hac Vice*)
6  CALIFORNIA BAR NO. 162971
   SELMAN BREITMAN LLP
7  33 New Montgomery, Sixth Floor
   San Francisco, CA 94105
8  Telephone:      415.979.0400
   Facsimile:      415.979.2099
9  Email:          lhsu@selmanlaw.com

10
   Attorneys for Defendant/Cross-Claimant
11 NAUTILUS INSURANCE COMPANY

12            **UNITED STATES DISTRICT COURT**

13              **DISTRICT OF NEVADA**

14

15 ROBERT "SONNY" WOOD, an individual;      Case No.2:17-CV-02393-MMD-DJA
16 ACCESS MEDICAL, LLC, a Delaware limited
   liability company,
17                                          **MOTION AND [PROPOSED] ORDER TO
                                            REMOVE PETER W. BLOOM FROM
   Plaintiffs,                              CASE AND ELECTRONIC SERVICE
18                                          LIST**
19      v.

20 NAUTILUS INSURANCE GROUP, a Delaware
   limited liability company, et al.,
21
            Defendant.
22
   NAUTILUS INSURANCE COMPANY,
23
            Cross-Claimant,
24          v.

25 ROBERT "SONNY" WOOD; ACCESS
   MEDICAL, LLC; FLOURNOY
26 MANAGEMENT, LLC AND ROES 1-10,
   inclusive,
27
            Counter-Defendants.
28

                          1

TO THE COURT, CM/ECF. AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant Nautilus Insurance Company hereby files this Motion to Remove Peter W. Bloom from this case and the Electronic Service List.

Peter W. Bloom is no longer with Selman Breitman LLP. Accordingly, we hereby request that he be removed from this case and the Electronic Service List.

Linda Wendell Hsu of the law firm of Selman Breitman LLP shall remain counsel of record and should continue to receive notification via the Electronic Service List.

Casey J. Quinn is designated local counsel on this case and should continue to receive notification via the Electronic Service List.

DATED: February 17, 2021          SELMAN BREITMAN LLP


By:    /s/ Linda Wendell Hsu
        CASEY J. QUINN
        NEVADA BAR NO. 11248
        LINDA WENDELL HSU (PRO HAC VICE)
        CALIFORNIA BAR NO. 162971
        3993 Howard Hughes Parkway, Suite 200
        Las Vegas, NV 89169-0961
        Phone: 702.228.7717
        Facsimile: 702.228.8824
        Attorneys for Defendant/Cross-Claimant
        NAUTILUS INSURANCE COMPANY

3892 42806 4830-1678-8836 .v1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

     IT IS HEREBY ORDERED that Peter W. Bloom shall be removed from the case and the electronic service list in this case.

DATED: February __18th__, 2021

_____

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of SELMAN BREITMAN LLP and, pursuant to Local Rule 5.1, service of the foregoing **MOTION AND [PROPOSED] ORDER TO REMOVE PETER W. BLOOM FROM CASE AND ELECTRONIC SERVICE LIST** on February 17, 2021 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list, as follows:

Martin Kravitz
L. Renee Green
KRAVITZ, SCHNITZER & JOHNSON
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV  89123
Phone: (702) 362-6666
Facsimile: (702) 362-2203
Email: mkravitz@ksjattorneys.com
            rgreen@ksjattorneys.com

Attorneys for Plaintiffs ROBERT SONNY WOOD AND ACCESS MEDICAL, LLC

Jordan P. Schnitzer
THE SCHNITZER LAW FIRM
9205 W. Russell Road, Suite 240
Las Vegas, NV  89148
Phone: (702) 960-4050
Facsimile: (702) 960-4092
Email: Jordan@theschnitzerlawfirm.com

Attorneys for Plaintiffs ROBERT SONNY WOOD AND ACCESS MEDICAL, LLC

_/s/ Pamela Smith_
PAMELA SMITH
An Employee of Selman Breitman LLP

Selman Breitman LLP
ATTORNEYS AT LAW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

3892 42806 4830-1678-8836 .v1