1  CASEY J. QUINN
   NEVADA BAR NO. 11248
2  SELMAN BREITMAN LLP
   3993 Howard Hughes Parkway, Suite 200
3  Las Vegas, NV 89169-0961
   Telephone:    702.228.7717
4  Facsimile:    702.228.8824
   Email: cquinn@selmanlaw.com
5
   LINDA WENDELL HSU (Pro Hac Vice)
6  CALIFORNIA BAR NO. 162971
   SAMUEL E. LIPSITZ (Pro Hac Vice)
7  CALIFORNIA BAR NO. 331407
   SELMAN BREITMAN LLP
8  33 New Montgomery, Sixth Floor
   San Francisco, CA 94105
9  Telephone:    415.979.0400
   Facsimile:    415.979.2099
10 Email:   lhsu@selmanlaw.com

11 Attorneys for Defendant/Cross-Claimant
   NAUTILUS INSURANCE COMPANY
12

13              UNITED STATES DISTRICT COURT

14                  DISTRICT OF NEVADA

15

16 ROBERT "SONNY" WOOD, an individual;    | Case No.   2:17-CV-02393-MMD-DJA
   ACCESS MEDICAL, LLC, a Delaware limited |
17 liability company,                      |
                                           | **STIPULATION AND [PROPOSED] ORDER**
18           Plaintiffs,                   | **FOR EXTENSION OF EXPERT WITNESS**
                                           | **DISCOVERY DEADLINE**
19     v.                                  |
                                           |
20 NAUTILUS INSURANCE GROUP, a Delaware    |
   limited liability company, et al.,      |
21                                         |
             Defendant.                    |
22 _____ |
   NAUTILUS INSURANCE COMPANY,             |
23                                         |
             Cross-Claimant,               |
24     v.                                  |
                                           |
25 ROBERT "SONNY" WOOD; ACCESS             |
   MEDICAL, LLC; FLOURNOY                  |
26 MANAGEMENT, LLC AND ROES 1-10,          |
   inclusive,                              |
27                                         |
             Counter-Defendants.           |
28

1

Pursuant to ECF No. 240, the Court extended the discovery cutoff date to February 16, 2021. In ECF No. 257, the Court entered an order extending the expert disclosure deadline to January 8, 2021 and the rebuttal expert deadline to February 8, 2021. On January 8, 2021, Robert "Sonny" Wood and Access Medical, LLC ("Plaintiffs"), along with Nautilus Insurance Company ("Nautilus"; collectively, Plaintiffs and Nautilus are the "Parties") exchanged expert disclosures and expert reports. On February 10, 2021, Nautilus filed an "Emergency Motion to Strike Plaintiffs' Expert Witness Report; Request for Sanctions" (the "Motion to Strike"). ECF No. 259. On the same day, the Court issued an order stating: (1) that the Motion to Strike would be subject to the normal briefing schedule; and (2) that the deadline for expert witness discovery was continued until six (6) calendar days after the court issued an order on the Motion to Strike. ECF No. 260.

On August 23, 2021, the Court issued an order denying the Motion to Strike (the "Motion to Strike Order"). ECF No. 295. Based on the timeframe set forth in ECF No. 260, the deadline for expert witness discovery is currently Sunday, August 29, 2021. In the time since the Court issued the Motion to Strike Order, the Parties have diligently conferred regarding the scheduling of Nautilus's deposition of Plaintiffs' expert witness, Stephen L. Strzelec. However, due to the short timeframe between the issuance of the Motion to Strike Order and the current expert witness discovery deadline, the Parties have been unable to select a mutually agreeable date/time to depose Mr. Strzelec before the expiration of the expert witness discovery deadline.

During the meet and confer process, counsel for Plaintiffs was reluctant to continue discovery again based upon the lengthy history of the case and number of prior extensions. Further, Plaintiffs' counsel believed the remaining time (6 days) for discovery was insufficient to allow for proper "reasonable" notice under the Federal Rules of Civil Procedure and, therefore, believed that Nautilus was not entitled to depose Mr. Strzelec. Despite these reservations, and in the interest of judicial economy, Plaintiffs have reluctantly agreed to this stipulation. Conversely, Nautilus believed that it was entitled to depose Mr. Strzelec and was prepared to depose Mr. Strzelec or take his deposition non-appearance prior to the expiration of the current expert witness discovery deadline. If Nautilus would have been forced to take Mr. Strzelec's non-appearance, Nautilus was prepared to move forward with a motion to compel his deposition testimony. In the interest of

2

judicial economy though and to progress this case forward, Nautilus agreed to this stipulation as well.

To provide the Parties enough time to conduct the deposition of Mr. Strzelec, Plaintiffs' disclosed expert witness, and to provide the Parties enough time to analyze the testimony, the Parties hereby stipulate to continue the discovery deadline solely to depose Mr. Strzelec to October 4, 2021. No other deadlines will be affected by this continuance.

In compliance with Local Rule 26-3:

- Discovery completed: The Parties have completed all written discovery and Plaintiffs have completed their expert discovery.
- Discovery that remains to be completed: The deposition of Mr. Strzelec, Plaintiffs' disclosed expert witness.
- Reasons why deadline was not satisfied: Nautilus was awaiting a ruling from the District Court Judge on the Motion to Strike. To prevent Nautilus from potentially incurring unnecessary deposition costs, Mr. Strzelec's deposition was not taken while the Motion to Strike was pending. After the Court issued the Motion to Strike Order, the Parties communicated in an attempt to schedule Mr. Strzelec's deposition before the current expert witness discovery deadline passed. Due to scheduling conflicts though, the Parties were not able to agree on a mutually convenient date.
- Proposed schedule: The deposition of Mr. Strzelec, Plaintiffs' disclosed expert witness, will be completed as soon as schedule permits, but by no later than October 4, 2021.

3892 42806 4845-1824-3064 .v3

The Parties are committed to completing expert witness discovery by the date requested herein.

**IT IS SO STIPULATED.**

DATED: August 26, 2021        SELMAN BREITMAN LLP

By:   /s/ Casey J. Quinn
      CASEY J. QUINN
      NEVADA BAR NO. 11248
      LINDA WENDELL HSU (PRO HAC VICE)
      CALIFORNIA BAR NO. 162971
      SAMUEL E. LIPSITZ (PRO HAC VICE)
      CALIFORNIA BAR NO. 331407
      33 New Montgomery, Sixth Floor
      San Francisco, CA 94105-4537
      Phone: 415.979.2024
      Facsimile: 415.979.2099
      Attorneys for Defendant/Cross-Claimant
      NAUTILUS INSURANCE COMPANY

DATED: August 26, 2021        THE SCHNITZER LAW FIRM

By:   /s/ Jordan P. Schnitzer
      JORDAN P. SCHNITZER
      NEVADA BAR NO. 10744
      9205 W. Russell Road, Suite 240
      Las Vegas, NV 89148
      Phone: (702) 960-4050
      Facsimile: (702) 960-4092
      Attorneys for Defendants ACCESS MEDICAL,
      LLC and ROBERT CLARK WOOD, II

**IT IS SO ORDERED:**

Dated: August 31, 2021

_____
Magistrate Judge Daniel J. Albregts

4

## Bonnie Juarez

| | |
|---|---|
| **From:** | Jordan Schnitzer <Jordan@TheSchnitzerLawFirm.com> |
| **Sent:** | Thursday, August 26, 2021 4:18 PM |
| **To:** | Sam E. Lipsitz |
| **Cc:** | Linda Wendell Hsu; Bonnie Juarez; Melisa Gabhart |
| **Subject:** | RE: 2021.08.26 SAO for Extension of Expert Discovery Deadline |

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

You may add my e-signature.

Based upon your representation, I will find out when Mr. Strzelec and I both have half a day available, either a morning or afternoon.

*Jordan P. Schnitzer, Esq.*





TheSchnitzerLawFirm.com
Tel 702.960.4050 | Fax 702.960.4092
Email Jordan@TheSchnitzerLawFirm.com
9205 West Russell Road | Suite 240 | Las Vegas, Nevada 89148

This electronic message and any attachments come from a law firm and may contain information that is or may be legally privileged, confidential, proprietary in nature, or otherwise protected by law from disclosure. The message and attachments are intended only for the use of the addressee. If you are not the intended recipient, please contact me so that any mistake in transmission can be corrected and then delete the message and any attachments from your system. Thank you.

**From:** Sam E. Lipsitz <slipsitz@selmanlaw.com>
**Sent:** Thursday, August 26, 2021 4:15 PM
**To:** Jordan Schnitzer <Jordan@TheSchnitzerLawFirm.com>
**Cc:** Linda Wendell Hsu <LHsu@selmanlaw.com>; Bonnie Juarez <bjuarez@selmanlaw.com>; Melisa Gabhart <Melisa@TheSchnitzerLawFirm.com>
**Subject:** RE: 2021.08.26 SAO for Extension of Expert Discovery Deadline

Jordan,

Please see attached with my final proposed redline revisions. If you agree, we'll get it on file.

We anticipate that we'll likely need somewhere between 2-4 hours to conduct Mr. Strzelec's deposition. We'll wait to hear from you regarding potential dates/times.

**Sam E. Lipsitz**
Associate

1