CASEY J. QUINN
NEVADA BAR NO. 11248
SELMAN BREITMAN LLP
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-0961
Telephone:    702.228.7717
Facsimile:    702.228.8824
Email: cquinn@selmanlaw.com

LINDA WENDELL HSU (Pro Hac Vice)
CALIFORNIA BAR NO. 162971
SAMUEL E. LIPSITZ (Pro Hac Vice)
CALIFORNIA BAR NO. 331407
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105
Telephone:    415.979.0400
Facsimile:    415.979.2099
Email:    lhsu@selmanlaw.com

Attorneys for Defendant/Cross-Claimant
NAUTILUS INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT "SONNY" WOOD, an individual; ACCESS MEDICAL, LLC, a Delaware limited liability company,<br><br>    Plaintiffs,<br><br>v.<br><br>NAUTILUS INSURANCE GROUP, a Delaware limited liability company, et al.,<br><br>    Defendant. | Case No.   2:17-cv-02393-MMD-VCF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF JOINT PRETRIAL ORDER DEADLINE (FIRST REQUEST)** |
| NAUTILUS INSURANCE COMPANY,<br><br>    Cross-Claimant,<br><br>v.<br><br>ROBERT "SONNY" WOOD; ACCESS MEDICAL, LLC; FLOURNOY MANAGEMENT, LLC AND ROES 1-10, inclusive,<br><br>    Counter-Defendants. | |

On March 22, 2022, the Court entered a minute order referring the case to Magistrate Judge Daniel J. Albregts to conduct a settlement conference (the "Order"). ECF No. 316. In the Order, the Court further stated that "[i]f the parties do not settle, the Joint Pretrial Order is due within 30 days of the date the settlement conference is held." *Id*. Pursuant to ECF No. 317, the Court scheduled a mandatory remote settlement conference for Monday, June 6, 2022, at 10:00 a.m. (the "Settlement Conference"). Based on the Order, the deadline for the parties to file the Joint Pretrial Order is July 6, 2022.

The parties, along with their counsel, participated in the Settlement Conference with Magistrate Judge Daniel J. Albregts. As discussed in the Court's minutes of proceedings, offers and counteroffers were exchanged at the Settlement Conference; however, "[a] settlement was not reached." ECF No. 319. After the Settlement Conference, the Court recused itself and directed the clerk of court to randomly reassign another magistrate judge to this case. *Id*. The case was randomly reassigned to Magistrate Judge Cam Ferenbach for all further proceedings. ECF No. 320.

In the time since the Settlement Conference, counsel for the parties have diligently conferred regarding, and began preparing, the Joint Pretrial Order consistent with the numerous requirements of Local Rule 16-3(b). However, the parties are still in the process of conferring about, preparing, and finalizing the Joint Pretrial Order for the Court.

To provide the parties enough time to further confer regarding the matters required by Local Rule 16-3(b) and to adequately prepare the Joint Pretrial Order, the parties hereby stipulate – and respectfully request that the Court order – to continue the deadline to file the Joint Pretrial Order to July 27, 2022.

///

///

///

///

///

///

///

2

This is the first stipulation for extension of time to file the Joint Pretrial Order. No other deadlines will be affected by this continuance. The parties are committed to completing and filing the Joint Pretrial Order by the date requested herein.

**IT IS SO STIPULATED.**

DATED: July 5, 2022        SELMAN BREITMAN LLP

By:   */s/ Casey J. Quinn*
    CASEY J. QUINN
    NEVADA BAR NO. 11248
    LINDA WENDELL HSU (PRO HAC VICE)
    CALIFORNIA BAR NO. 162971
    SAMUEL E. LIPSITZ (PRO HAC VICE)
    CALIFORNIA BAR NO. 331407
    33 New Montgomery, Sixth Floor
    San Francisco, CA 94105-4537
    Phone: 415.979.2024
    Facsimile: 415.979.2099
    Attorneys for Defendant/Cross-Claimant
    NAUTILUS INSURANCE COMPANY

DATED: July 5, 2022        THE SCHNITZER LAW FIRM

By:   */s/ Jordan P. Schnitzer*
    JORDAN P. SCHNITZER
    NEVADA BAR NO. 10744
    9205 W. Russell Road, Suite 240
    Las Vegas, NV  89148
    Phone: (702) 960-4050
    Facsimile: (702) 960-4092
    Attorneys for Defendants ACCESS MEDICAL, LLC and ROBERT CLARK WOOD, II

**IT IS SO ORDERED:**

Dated: 7-6-2022

Magistrate Judge Cam Ferenbach