JORDAN P. SCHNITZER, ESQ.
Nevada Bar No. 10744
THE SCHNITZER LAW FIRM
9205 W. Russell Road, Suite 240
Las Vegas, Nevada 89148
Telephone: (702) 960-4050
Facsimile: (702) 960-4092
Jordan@TheSchnitzerLawFirm.com
*Attorney for Plaintiffs,*
*ROBERT "SONNY" WOOD and*
*ACCESS MEDICAL, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT "SONNY" WOOD, an individual; ACCESS MEDICAL, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>NAUTILUS INSURANCE COMPANY, an Arizona corporation; and DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-02393-MMD-VCF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF JOINT PRETRIAL ORDER DEADLINE (SECOND REQUEST)** |

On March 22, 2022, the Court entered a minute order referring the case to Magistrate Judge Daniel J. Albregts to conduct a settlement conference (the "Order"). ECF No. 316. In the Order, the Court further stated that "[i]f the parties do not settle, the Joint Pretrial Order is due within 30

1

1  days of the date the settlement conference is held." *Id*.  Pursuant to ECF No. 317, the Court
2  scheduled a mandatory remote settlement conference for Monday, June 6, 2022, at 10:00 a.m. (the
3  "Settlement Conference").  Based on the Order, the original deadline for the parties to file the Joint
4  Pretrial Order was July 6, 2022.

5  The parties, along with their counsel, participated in the Settlement Conference with
6  Magistrate Judge Daniel J. Albregts.  As discussed in the Court's minutes of proceedings, offers
7  and counteroffers were exchanged at the Settlement Conference; however, "[a] settlement was not
8  reached."  ECF No. 319.  After the Settlement Conference, the Court recused itself and directed
9  the clerk of court to randomly reassign another magistrate judge to this case.  *Id*.  The case was
10 randomly reassigned to Magistrate Judge Cam Ferenbach for all further proceedings.  ECF No.
11 320.

12 This Court previously granted the parties an extension until July 27, 2022, to file the Joint
13 Pretrial Order. ECF 323. In the time since the Settlement Conference, and the granting of the first
14 extension, counsel for the parties have diligently conferred regarding, and began preparing, the
15 Joint Pretrial Order consistent with the numerous requirements of Local Rule 16-3(b). <u>Specifically,
16 the current draft of the document circulated between the parties is approximately 55 pages long</u>.

17 However, the parties are still in the process of conferring about, preparing, and finalizing
18 the Joint Pretrial Order for the Court. Further, given the volume of documents involved in this
19 matter, addressing objections, duplicative documents, and agreements as to evidence has been time
20 consuming.

21 To provide the parties enough time to further confer regarding the matters required by
22 Local Rule 16-3(b) and to adequately prepare the Joint Pretrial Order, the parties hereby stipulate
23 – and respectfully request that the Court order – to continue the deadline to file the Joint Pretrial
24 Order to August 12, 2022.

25 //
26 //
27 //
28 //

This is the second stipulation for extension of time to file the Joint Pretrial Order. No other deadlines will be affected by this continuance. The parties are committed to completing and filing the Joint Pretrial Order by the date requested herein. Although this is the second request, the parties have been working diligently and amicably on the lengthy document.

**IT IS SO STIPULATED.**

DATED: July 27, 2022   THE SCHNITZER LAW FIRM

By: /s/ Jordan P. Schnitzer, Esq.
JORDAN P. SCHNITZER
NEVADA BAR NO. 10744
9205 W. Russell Road, Suite 240
Las Vegas, NV  89148
Phone: (702) 960-4050
Facsimile: (702) 960-4092
*Attorneys for Defendants ACCESS MEDICAL, LLC and ROBERT CLARK WOOD, II*

DATED: July 27, 2022   SELMAN BREITMAN LLP

By: /s/ Samuel E. Lipsitz, Esq.
CASEY J. QUINN
NEVADA BAR NO. 11248
LINDA WENDELL HSU (PRO HAC VICE)
CALIFORNIA BAR NO. 162971
SAMUEL E. LIPSITZ (PRO HAC VICE)
CALIFORNIA BAR NO. 331407
33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537
Phone: 415.979.2024
Facsimile: 415.979.2099
*Attorneys for Defendant/Cross-Claimant NAUTILUS INSURANCE COMPANY*

**IT IS SO ORDERED**

Dated: 7-27-2022   _____
Magistrate Judge Cam Ferenbach

3