```
TRACY A. DIFILLIPPO, ESQ.
Nevada Bar No. 7676
ARMSTRONG TEASDALE LLP
One Summerlin
1980 Festival Plaza Drive, Suite 750
Las Vegas, Nevada 89135
Telephone:  702.678.5070
Facsimile:  702.878.9995
tdifillippo@atllp.com
```

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT "SONNY" WOOD, an individual; ACCESS MEDICAL, LLC, a Delaware limited liability company,<br><br>          Plaintiff,<br><br>  vs.<br><br>NAUTILUS INSURANCE GROUP, a Delaware limited liability company, et al.,<br><br>          Defendants.<br><br>NAUTILUS INSURANCE COMPANY,<br><br>          Cross-Claimant,<br><br>  vs.<br><br>ROBERT "SONNY" WOOD; ACCESS MEDICAL, LLC; FLOURNOY MANAGEMENT, LLC AND ROES 1-10, inclusive,<br><br>          Counter-Defendants. | Case No.: 2:17-cv-02393-MMD-VCF<br><br>**STIPULATION TO SUBSTITUTE ATTORNEY AND REQUEST TO CONTINUE TRIAL DATE** |

Pursuant to LR IA 116-(6)(c) and (e), Defendant/Cross-Claimant Nautilus Insurance Company ("Nautilus") hereby agrees that Tracy A. DiFillippo, Esq. of Armstrong Teasdale, be substituted as counsel in the place and stead of Linda Wendell Hsu, Esq., Samuel Lipsitz, and Casey Quinn of Selman Breitman LLP in the above-entitled action.  Consent of both withdrawing and substituting attorneys is indicated below along with the signature of the respective client.

As part of this Stipulation to Substitute Attorney, Nautilus requests that the trial date be

1

continued. Nautilus represents that good cause exists to approve the Stipulation to Substitute Attorney and Request to Continue Trial Date. The Court granted Plaintiffs' Motion to Compel, ordering that emails and letters that Nautilus claimed were attorney-client privilege must be disclosed to Plaintiffs. With the disclosure of Linda Wendell Hsu's emails and letters, she is now a potential witness in the litigation and can no longer represent Nautilus. Nautilus has retained Tracy A. DiFillippo to represent it with the understanding that a pro hac vice application will be filed for the admission of William Kronenberg out of California. Tracy A. DiFillippo will act as local counsel. Mr. Kronenberg will be trial counsel and has a conflict with the February 6, 2023 trial date, as he has another trial scheduled on that date. Nautilus is not intending to delay the trial date but it is necessary given the circumstances. Therefore, good cause exists to continue the trial with the substitution of attorney.

Selman Breitman LLP hereby consents to the substitution of Armstrong Teasdale LLP as attorneys of record for Nautilus.

DATED this 27th day of October, 2022.

**SELMAN BREITMAN LLP**

By: */s/ Linda Wendell Hsu*
Linda Wendell Hsu, Esq.
California Bar No. 162971 (pro hac vice)
Samuel Lipsitz (pro hac vice)
California Bar No. 331407
Casey Quinn, Esq.
Nevada Bar No. 11248
33 New Montgomery, Sixth Floor
San Francisco, CA 94105

Armstrong Teasdale LLP hereby consents to its substitution as attorneys of record for Nautilus in the place and stead of Selman Breitman LLP.

DATED this 27th day of October, 2022.   **ARMSTRONG TEASDALE LLP**

By: */s/ Tracy A. DiFillippo*
TRACY A. DIFILLIPPO, ESQ.
Nevada Bar No. 11894
One Summerlin
1980 Festival Plaza Drive, Suite 750
Las Vegas, Nevada 89135

Nautilus hereby consents to the substitution of Armstrong Teasdale LLP as its counsel in place and stead of Selman Breitman LLP.

DATED this 27th day of October, 2022

NAUTILUS INSURANCE COMPANY

By: *Robert Hughes*

Its: Managing Counsel

## ORDER

The trial date will be reset by separate minute order.

IT IS SO ORDERED:

_____
United States District Court/Magistrate Judge

Dated: October 31, 2022

**CERTIFICATE OF SERVICE**

      Pursuant to Fed.R.Civ.P.5(b) and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of ARMSTRONG TEASDALE LLP, and that the foregoing document was served through the CM/ECF to all parties on the service list.

Date: October 27, 2022                  */s/ Christie Rehfeld*
                                                      An employee of Armstrong Teasdale LLP