CASEY J. QUINN
NEVADA BAR NO. 11248
SELMAN BREITMAN LLP
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-0961
Telephone:     702.228.7717
Facsimile:     702.228.8824
Email: cquinn@selmanlaw.com

LINDA WENDELL HSU (Pro Hac Vice)
CALIFORNIA BAR NO. 162971
SAMUEL E. LIPSITZ (Pro Hac Vice)
CALIFORNIA BAR NO. 331407
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105
Telephone:     415.979.0400
Facsimile:     415.979.2099
Email:    lhsu@selmanlaw.com

Attorneys for Defendant/Cross-Claimant
NAUTILUS INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT "SONNY" WOOD, an individual; ACCESS MEDICAL, LLC, a Delaware limited liability company,<br><br>              Plaintiffs,<br><br>   v.<br><br>NAUTILUS INSURANCE GROUP, a Delaware limited liability company, et al.,<br><br>              Defendant.<br><br>NAUTILUS INSURANCE COMPANY,<br><br>              Cross-Claimant,<br><br>   v.<br><br>ROBERT "SONNY" WOOD; ACCESS MEDICAL, LLC; FLOURNOY MANAGEMENT, LLC AND ROES 1-10, inclusive,<br><br>              Counter-Defendants. | Case No.   2:17-cv-02393-MMD-VCF<br><br>**ORDER EXTENDING DEADLINE FOR NAUTILUS INSURANCE COMPANY TO RESPOND TO ROBERT "SONNY" WOOD'S AND ACCESS MEDICAL, LLC'S MOTION FOR RULE 37 SANCTIONS** |

1

Defendant / Cross-Claimant NAUTILUS INSURANCE COMPANY ("Nautilus"), by and through its counsel of record, Selman Breitman LLP, and Plaintiffs / Counter-Defendants ROBERT "SONNY" WOOD and ACCESS MEDICAL, LLC (the "Insureds"; collectively, the "Parties"), by and through their counsel of record, The Schnitzer Law Firm, hereby submit the following Stipulation and [Proposed] Order extending the deadline for Nautilus to file its Response to the Insureds' Motion for Rule 37 Sanctions [ECF No. 331] (the "Motion").

The underlying motion to compel related to the Motion pertains to documents that Nautilus originally withheld based on a claim of attorney-client privilege (the "Documents"). Prior to the filing of the Motion, Nautilus had been contemplating whether to file a writ of mandamus with the Ninth Circuit Court of Appeals as it relates to the Court's order (1) finding that the Documents are not subject to a claim of attorney-client privilege, and (2) instructing Nautilus to produce the Documents to the Insureds. However, Nautilus recently determined that it would not be proceeding with a writ of mandamus. Accordingly, Nautilus produced the Documents to the Insureds via email on October 24, 2022. Hard copies of the Documents were also sent to the Insureds via regular mail on the same day.

Given that Nautilus has complied with the Court's order to produce the Documents, Nautilus's counsel contacted the Insureds' counsel and requested that the Insureds withdraw the Motion. Counsel for the Insureds responded that he has not had sufficient time to analyze the Documents and consider Nautilus's withdrawal request. However, the Insureds' counsel agreed to extend the deadline by one (1) week for Nautilus to respond to the Motion while counsel reviews the Documents and considers Nautilus's request.

Accordingly, the Parties have agreed that the original deadline of October 31, 2022, for Nautilus to respond to the Motion will now be extended to November 7, 2022.

/ / /

**IT IS SO STIPULATED.**

DATED: October 28, 2022          SELMAN BREITMAN LLP

By:     */s/ Casey Quinn*
        CASEY J. QUINN
        NEVADA BAR NO. 11248
        LINDA WENDELL HSU (PRO HAC VICE)
        CALIFORNIA BAR NO. 162971
        SAMUEL E. LIPSITZ (PRO HAC VICE)
        CALIFORNIA BAR NO. 331407
        33 New Montgomery, Sixth Floor
        San Francisco, CA 94105-4537
        Phone: 415.979.2024
        Facsimile: 415.979.2099
        Attorneys for Defendant/Cross-Claimant
        NAUTILUS INSURANCE COMPANY

DATED: October 28, 2022          THE SCHNITZER LAW FIRM

By:     */s/ Jordan Schnitzer*
        JORDAN P. SCHNITZER
        NEVADA BAR NO. 10744
        9205 W. Russell Road, Suite 240
        Las Vegas, NV  89148
        Phone: (702) 960-4050
        Facsimile: (702) 960-4092
        Attorneys for Defendants ACCESS MEDICAL,
        LLC and ROBERT CLARK WOOD, II

<u>**IT IS SO ORDERED:**</u>

Dated: November 3, 2022

_____
Magistrate Judge Cam Ferenbach