TRACY A. DIFILLIPPO, ESQ.
Nevada Bar No. 7676
MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
ARMSTRONG TEASDALE LLP
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Telephone:  702.678.5070
Facsimile:  702.878.9995
tdifillippo@atllp.com
malarie@atllp.com

WILLIAM S. KRONENBERG, ESQ. (LR IA 11-2 admitted)
California Bar No. 133730
KRONENBERG LAW PC
1 Kaiser Plaza, Suite 1675
Oakland, California 94612
Telephone:  510.254.6761
wkronenberg@krolaw.com

*Attorneys for Defendant/Counter-claimant Nautilus Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT "SONNY" WOOD, an individual; ACCESS MEDICAL, LLC, a Delaware limited liability company,<br><br>    Plaintiffs,<br><br> vs.<br><br>NAUTILUS INSURANCE GROUP, a Delaware limited liability company, et al.,<br><br>    Defendant. | Case No.:  2:17-cv-02393-MMD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO (1) PLAINTIFFS' MOTION TO AMEND COMPLAINT AND FOR ALL ALLOWABLE DAMAGES UNDER FRCP 54(C) (ECF NO. 421); AND (2) PLAINTIFFS' MOTION TO AMEND SUMMARY JUDGMENT TO CONFORM TO EVIDENCE UNDER FRCP 52(C), FRCP 54(B), FRCP 59(B), FRCP 60(A) (ECF NO. 422)**<br><br>**(FIRST REQUEST)** |
| NAUTILUS INSURANCE COMPANY,<br><br>    Counter-claimant,<br><br> vs.<br><br>ROBERT "SONNY" WOOD; ACCESS MEDICAL, LLC; FLOURNOY MANAGEMENT, LLC AND ROES 1-10, inclusive,<br><br>    Counter-defendants. | |

1

Defendant/Counter-claimant, Nautilus Insurance Company ("Nautilus"), by and through its counsel, Armstrong Teasdale LLP and William S. Kronenberg, Esq. of Kronenberg Law PC (*pro hac vice*), and Plaintiffs, Access Medical, LLC and Robert "Sonny" Wood, II (collectively, "Plaintiffs"), by and through their counsel, The Schnitzer Law Firm, hereby stipulate to extend the deadlines for Nautilus to respond to the following Motions:  (1) Plaintiffs Motion to Amend Complaint to Conform to Evidence and For All Allowable Damages Under FRCP 54(c) filed July 19, 2023 (ECF No. 421); and (2) Plaintiffs Motion to Amend Summary Judgment to Conform to Evidence Under FRCP 52(c), FRCP 54(b), FRCP 59(b), FRCP 60(a) filed July 21, 2023 (ECF No. 422) (collectively, the "Post-trial Motions"), by approximately one week, or to August 11, 2023.  The respective deadlines to respond to the Post-trial Motions are August 2, 2023, and August 4, 2023.  No hearing has been set for these motions.  This is Nautilus' first request to extend these deadlines.

Good cause exists to extend the response deadlines.  Although Nautilus has been diligent to date in preparing its responses, Nautilus requires additional time to do so, in part, because one of its lead counsels is dealing with personal health conditions.  Nautilus has requested approximately one week additional time, or to August 11, 2023, to file its responses to the Post-trial Motions, and Plaintiffs have no objection to the additional time. This request is made in good faith and is not intended to unreasonably delay this matter as Nautilus is seeking no more time that it believes is necessary.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Based on the foregoing, the parties respectfully request that this Court extend Nautilus' deadlines to file its responses to the Post-trial Motions to August 11, 2023.

**ARMSTRONG TEASDALE LLP**

By: ___/s/ Tracy A. DiFillippo_____
    TRACY A. DIFILLIPPO, ESQ.
    Nevada Bar No. 7676
    MICHELLE D. ALARIE, ESQ.
    Nevada Bar No. 11894
    7160 Rafael Rivera Way, Suite 320
    Las Vegas, Nevada 89113

    WILLIAM S. KRONENBERG, ESQ.
    (LR IA 11-2 admitted)
    California Bar No. 133730
    KRONENBERG LAW PC
    1 Kaiser Plaza, Suite 1675
    Oakland, California 94612
    Telephone:  510.254.6761
    wkronenberg@krolaw.com

*Attorneys for Defendant/Counterclaimant*
*Nautilus Insurance Co.*

**THE SCHNITZER LAW FIRM**

By: ___/s/ Jordan P. Schnitzer_____
    JORDAN P. SCHNITZER, ESQ.
    NV Bar No. 10744
    9205 W. Russell Road, Suite 240
    Las Vegas, NV  89148

*Attorneys for Plaintiffs Access Medical LLC &*
*Robert Wood, II*

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**
**DATE:** August 4, 2023