AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Wood et al

                Plaintiffs,

v.

Nautilus Insurance Company

                Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:17-cv-02393-MMD-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Judgment is entered in favor of Plaintiffs Robert Sonny Wood, Access Medical, LLC and against Defendant Nautilus Insurance Company.

IT IS FURTHER ORDERED that Plaintiffs are awarded a total of $365,387.97 in damages and pre-judgment interest-as specified herein-along with post-judgment interest accruing until the amount is paid in full. Case closed.

12/19/2023  
Date

DEBRA K. KEMPI  
Clerk

/s/ A. Mller  
Deputy Clerk