TRACY A. DIFILLIPPO, ESQ.
Nevada Bar No. 7676
ARMSTRONG TEASDALE LLP
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Telephone: 702.678.5070
Facsimile: 702.878.9995
tdifillippo@atllp.com
malarie@atllp.com

WILLIAM S. KRONENBERG, ESQ. (LR IA 11-2 admitted)
California Bar No. 133730
KRONENBERG LAW PC
1 Kaiser Plaza, Suite 1675
Oakland, California 94612
Telephone: 510.254.6761
wkronenberg@krolaw.com

*Attorneys for Defendant/Counter-claimant Nautilus Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT "SONNY" WOOD, an individual; ACCESS MEDICAL, LLC, a Delaware limited liability company,<br><br>               Plaintiffs,<br><br>    v.<br><br>NAUTILUS INSURANCE COMPANY, a Delaware limited liability company, et al.<br><br>               Defendants. | Docket No.: 2:17-cv-02393-MMD-VCF<br><br>**NAUTILUS INSURANCE COMPANY'S NOTICE OF POSTING BOND TO STAY EXECUTION PENDING APPEAL** |
| NAUTILUS INSURANCE COMPANY,<br><br>               Counter-claimant,<br><br>vs.<br><br>ROBERT "SONNY" WOOD; ACCESS MEDICAL, LLC; FLOURNOY MANAGEMENT, LLC AND ROES 1-10, inclusive,<br>               Counter-defendants. | |

**BERKLEY INSURANCE COMPANY**

**475 Steamboat Rd., Greenwich, Connecticut 06830**

KNOW ALL PERSONS BY THESE PRESENTS, that Defendant/Counter-Claimant Nautilus Insurance Company ("Nautilus") and Berkley Insurance Company as Surety ("Surety"), are held and firmly bound unto the Court in the amount of Four Hundred and Forty-Five Thousand dollars ($445,000.00).

Whereas, the Defendant/Counter-Claimant Nautilus, is appealing to the Ninth Circuit Court of Appeals with respect to various orders as set forth in its Notice of Appeal (Dkt. 444), including the Bench Order re Trial entered on December 18, 2023 (Dkt. No. 431) and Judgment entered on December 19, 2023 (Dkt. No. 432), and Nautilus reserves its right to appeal any order on Plaintiffs' Bill of Costs (Dkt. 434).

NOW THEREFORE, we do hereby, pursuant to the statute in such case made and provided, undertake that the said appellant, named above as Defendant/Counter-Claimant Nautilus Insurance Company, will pay any damages or loss incurred as a result of the stay of the judgment plus all costs and interest which may be awarded against it on said appeal, not exceeding Four Hundred and Forty-Five Thousand dollars ($445,000.00).

IN WITNESS WHEREFORE, Nautilus Insurance Company and Surety has set their hand and seals on this _8th_____ day of February, 2024.

**NAUTILUS INSURANCE COMPANY**

By: Rob Fisher, Managing Counsel

**BERKLEY INSURANCE COMPANY**

By: Jeffrey Murphy, Attorney-in-Fact

4

NAUTILUS' NOTICE OF POSTING BOND TO STAY EXECUTION PENDING APPEAL

DATED this 8th_ day of February 2024.

**ARMSTRONG TEASDALE LLP**

By:___ */s/ Tracy A. DiFillippo*_____
    TRACY A. DIFILLIPPO, ESQ.
    Nevada Bar No. 7676
    7160 Rafael Rivera Way, Suite 320
    Las Vegas, Nevada 89113

    WILLIAM S. KRONENBERG, ESQ.
    (LR IA 11-2 admitted)
    California Bar No. 133730
    KRONENBERG LAW PC
    1 Kaiser Plaza, Suite 1675
    Oakland, California 94612

    *Attorneys for Defendant/Counter-claimant*
    *Nautilus Insurance Company*

## CERTIFICATE OF SERVICE

Pursuant to Fed.R.Civ.P.5(b) and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of ARMSTRONG TEASDALE LLP, and that the foregoing document was served through the CM/ECF to all parties on the service list.

Date: February 13, 2024

/s/ Christie Rehfeld
An employee of Armstrong Teasdale LLP

No. BI-518j

POWER OF ATTORNEY
**BERKLEY INSURANCE COMPANY**
WILMINGTON, DELAWARE

NOTICE: The warning found elsewhere in this Power of Attorney affects the validity thereof. Please review carefully.

KNOW ALL MEN BY THESE PRESENTS, that BERKLEY INSURANCE COMPANY (the "Company"), a corporation duly organized and existing under the laws of the State of Delaware, having its principal office in Greenwich, CT, has made, constituted and appointed, and does by these presents make, constitute and appoint: *Lisa Simpson; Andrew Bergman; Carol Miller; Jeffrey Murphy; Matt Rodrigue; Karen Steward; Deborah A. Hammer; or Nick VerHuel of Berkley Surety of Urbandale, IA* its true and lawful Attorney-in-Fact, to sign its name as surety only as delineated below and to execute, seal, acknowledge and deliver any and all bonds and undertakings, with the exception of Financial Guaranty Insurance, providing that no single obligation shall exceed **Fifty Million and 00/100 U.S. Dollars (U.S.$50,000,000.00),** to the same extent as if such bonds had been duly executed and acknowledged by the regularly elected officers of the Company at its principal office in their own proper persons.

This Power of Attorney shall be construed and enforced in accordance with, and governed by, the laws of the State of Delaware, without giving effect to the principles of conflicts of laws thereof. This Power of Attorney is granted pursuant to the following resolutions which were duly and validly adopted at a meeting of the Board of Directors of the Company held on January 25, 2010:

**RESOLVED,** that, with respect to the Surety business written by Berkley Surety, the Chairman of the Board, Chief Executive Officer, President or any Vice President of the Company, in conjunction with the Secretary or any Assistant Secretary are hereby authorized to execute powers of attorney authorizing and qualifying the attorney-in-fact named therein to execute bonds, undertakings, recognizances, or other suretyship obligations on behalf of the Company, and to affix the corporate seal of the Company to powers of attorney executed pursuant hereto; and said officers may remove any such attorney-in-fact and revoke any power of attorney previously granted; and further

**RESOLVED,** that such power of attorney limits the acts of those named therein to the bonds, undertakings, recognizances, or other suretyship obligations specifically named therein, and they have no authority to bind the Company except in the manner and to the extent therein stated; and further

**RESOLVED,** that such power of attorney revokes all previous powers issued on behalf of the attorney-in-fact named; and further

**RESOLVED,** that the signature of any authorized officer and the seal of the Company may be affixed by facsimile to any power of attorney or certification thereof authorizing the execution and delivery of any bond, undertaking, recognizance, or other suretyship obligation of the Company; and such signature and seal when so used shall have the same force and effect as though manually affixed. The Company may continue to use for the purposes herein stated the facsimile signature of any person or persons who shall have been such officer or officers of the Company, notwithstanding the fact that they may have ceased to be such at the time when such instruments shall be issued.

IN WITNESS WHEREOF, the Company has caused these presents to be signed and attested by its appropriate officers and its corporate seal hereunto affixed this 30ᵗʰ day of ___May___, 2023.

Attest:                                                Berkley Insurance Company

(Seal)    By _____            By _____
          Ira S. Lederman                            Jeffrey M. Hafter
          Executive Vice President & Secretary       Senior Vice President

**WARNING: THIS POWER INVALID IF NOT PRINTED ON BLUE "BERKLEY" SECURITY PAPER.**

STATE OF CONNECTICUT )
                      ) ss:
COUNTY OF FAIRFIELD   )

Sworn to before me, a Notary Public in the State of Connecticut, this 30ᵗʰ day of ___May___, 2023, by Ira S. Lederman and Jeffrey M. Hafter who are sworn to me to be the Executive Vice President and Secretary, and the Senior Vice President, respectively, of Berkley Insurance Company.

MARIA C RUNDBAKEN
NOTARY PUBLIC
CONNECTICUT
MY COMMISSION EXPIRES
APRIL 30, 2024

_____
Notary Public, State of Connecticut

**CERTIFICATE**

I, the undersigned, Assistant Secretary of BERKLEY INSURANCE COMPANY, DO HEREBY CERTIFY that the foregoing is a true, correct and complete copy of the original Power of Attorney; that said Power of Attorney has not been revoked or rescinded and that the authority of the Attorney-in-Fact set forth therein, who executed the bond or undertaking to which this Power of Attorney is attached, is in full force and effect as of this date.

Given under my hand and seal of the Company, this ___FEB 08 2024___ day of _____.

(Seal)

_____
Vincent P. Forte

WARNING – Any unauthorized reproduction or alteration of this document is prohibited. This power of attorney is void unless seals are readable and the certification seal at the bottom is embossed. The background imprint, warning and verification instructions (on reverse) must be in blue ink.