UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 30 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROBERT SONNY WOOD and ACCESS MEDICAL, LLC,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>NAUTILUS INSURANCE COMPANY,<br><br>Defendant - Appellee. | No. 24-293<br><br>D.C. No.<br>2:17-cv-02393-MMD-VCF<br><br>District of Nevada,<br>Las Vegas<br><br>MANDATE |
| ROBERT SONNY WOOD and ACCESS MEDICAL, LLC,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>NAUTILUS INSURANCE COMPANY,<br><br>Defendant - Appellant. | No. 24-551<br><br>D.C. No.<br>2:17-cv-02393-MMD-VCF<br><br>District of Nevada,<br>Las Vegas |

The judgment of this Court, entered May 08, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT