KEVIN R. STOLWORTHY, ESQ.
Nevada Bar No. 2798
TREY A. ROTHELL, ESQ.
Nevada Bar No. 15993
DENTONS DURHAM JONES PINEGAR P.C.
1180 Town Center Dr., Suite 200
Las Vegas, Nevada 89144
Telephone:  702-988-3030
Facsimile:  702-988-3029
kevin.stolworthy@dentons.com
trey.rothell@dentons.com

*Attorneys for Defendant/Counter-claimant*
*Nautilus Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT "SONNY" WOOD, an individual; ACCESS MEDICAL, LLC, a Delaware limited liability company,<br><br>        Plaintiff,<br><br>        vs.<br><br>NAUTILUS INSURANCE GROUP, a Delaware limited liability company, *et al.*<br><br>        Defendants. | Case No.: 2:17-cv-02393-MMD-VCF<br><br>**ORDER GRANTING NAUTILUS INSURANCE COMPANY'S MOTION TO DEPOSIT JUDGMENT PROCEEDS INTO COURT'S REGISTRY** |
| NAUTILUS INSURANCE COMPANY,<br><br>        Counter-claimant,<br><br>        vs.<br><br>ROBERT "SONNY" WOOD; ACCESS MEDICAL, LLC; FLOURNOY MANAGEMENT, LLC; and ROES 1-10, inclusive,<br><br>        Counter-defendants. | |

This matter came before the Court on the Motion to Deposit Judgment Proceeds into Court's Registry (ECF No. 468) (the "Motion") filed by Defendant/Counter-claimant Nautilus Insurance Company ("Nautilus") in the above-captioned proceeding.

Having considered the Motion and the responses thereto (ECF Nos. 470 & 471), with due notice having been properly provided, and good cause appearing,

1

SL_8744215.1

**IT IS HEREBY ORDERED**:

1.   The Motion is GRANTED.

2.   Nautilus is authorized to deposit into the registry of the Court the judgment proceeds due under the Judgment entered in this action, including any taxed costs and all post-judgment interest accrued through the date of deposit (the "Judgment Proceeds").

3.   The Clerk is directed to accept the deposit and deposit the Judgment Proceeds into an interest-bearing account.

4.   Upon Nautilus's deposit of the Judgment Proceeds, the Judgment shall be deemed satisfied as to Nautilus, and Nautilus shall be discharged from further liability regarding payment of the Judgment Proceeds to any party or non-party. The Clerk is directed to enter a satisfaction of judgment on the docket in favor of Nautilus once the Judgment Proceeds are deposited.

5.   Nothing in this Order adjudicates or determines the validity, perfection, priority, or amount of any asserted lien or other claim to the deposited funds.

**IT IS SO ORDERED.**

DATED this 20th day of January, 2026.

_____
Hon. Judge Miranda M. Du
UNITED STATES DISTRICT JUDGE

Prepared and submitted by:

DENTONS DURHAM JONES PINEGAR P.C.

By: */s/ Trey A. Rothell*
   KEVIN R. STOLWORTHY, ESQ.
   Nevada Bar No. 2798
   TREY A. ROTHELL, ESQ.
   Nevada Bar No. 15993
   1180 Town Center Dr., Suite 200
   Las Vegas, Nevada 89144

*Attorneys for Nautilus Insurance Company*

2

SL_8744215.1