KEVIN R. STOLWORTHY, ESQ.
Nevada Bar No. 2798
TREY A. ROTHELL, ESQ.
Nevada Bar No. 15993
DENTONS DURHAM JONES PINEGAR P.C.
1180 Town Center Dr., Suite 200
Las Vegas, Nevada 89144
Telephone:  702-988-3030
Facsimile:  702-988-3029
kevin.stolworthy@dentons.com
trey.rothell@dentons.com

*Attorneys for Defendant/Counter-claimant*
*Nautilus Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT "SONNY" WOOD, an individual; ACCESS MEDICAL, LLC, a Delaware limited liability company, | Case No.: 2:17-cv-02393-MMD-VCF |
| Plaintiff, | **ORDER GRANTING NAUTILUS INSURANCE COMPANY'S MOTION TO EXONERATE BOND TO STAY EXECUTION PENDING APPEAL** |
| vs. | |
| NAUTILUS INSURANCE GROUP, a Delaware limited liability company, *et al*. | |
| Defendants. | |
| NAUTILUS INSURANCE COMPANY, | |
| Counter-claimant, | |
| vs. | |
| ROBERT "SONNY" WOOD; ACCESS MEDICAL, LLC; FLOURNOY MANAGEMENT, LLC; and ROES 1-10, inclusive, | |
| Counter-defendants. | |

This matter came before the Court on the Motion to Exonerate Bond to Stay Execution Pending Appeal (the "Motion") filed by Defendant/Counter-claimant Nautilus Insurance Company ("Nautilus") in the above-captioned proceeding.

Having considered the Motion and any responses filed thereto, with due notice having been properly provided, and good cause appearing,

1

SL_8865461.1

**IT IS HEREBY ORDERED**:

1.      The Motion is GRANTED.

2.      The supersedeas bond posted by Nautilus in the amount of $445,000.00 on February 13, 2024, (ECF No. 451) is hereby exonerated, released, and discharged.

3.      That the surety, Berkley Insurance Company, is released from all further liability, obligations, and responsibilities under the supersedeas bond, and no claim shall be made against the surety arising out of or related to the bond.

**IT IS SO ORDERED.**

DATED this 6th day of April, 2026.

_____
Hon. Judge Miranda M. Du
UNITED STATES DISTRICT JUDGE

Prepared and submitted by:

DENTONS DURHAM JONES PINEGAR P.C.

By: /s/ Trey A. Rothell
KEVIN R. STOLWORTHY, ESQ.
Nevada Bar No. 2798
TREY A. ROTHELL, ESQ.
Nevada Bar No. 15993
1180 Town Center Dr., Suite 200
Las Vegas, Nevada 89144

*Attorneys for Nautilus Insurance Company*

2

SL_8865461.1